GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
DIAMOND ZAMBRANO
Assistant United States Attorney
Arizona State Bar No. 036390
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Email: diamond.zambrano@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   vs.<br><br>1.  Dondi Georell Williams,<br>     (Counts 1-24)<br><br>3.  Shawntavia Maloney,<br>     (Counts 1, 9-17, and 32-39)<br><br>           Defendants. | No.   CR-24-00101-PHX-SMB (JZB) )<br><br>**SUPERSEDING INDICTMENT**<br><br>VIO:   18 U.S.C. § 371<br>(Conspiracy to Make False Statements in the Purchase of a Firearm)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2<br>(Material False Statement in the Purchase of a Firearm, Aiding and Abetting)<br>Counts 2-24<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement in the Purchase of a Firearm)<br>Counts 32-38<br><br>18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 39<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

✓ FILED     LODGED
___ RECEIVED ___ COPY

FEB 1 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____Z DEPUTY

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about January 27, 2022, through on or about May 28, 2022, within the District of Arizona, Defendants DONDI GEORELL WILLIAMS, Jamila Thompson, SHAWNTAVIA MALONEY, and Summerrain Elizabeth Wise did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly make false statements or representations to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in violation of Title 18, United States Code, Section 922(a)(6), 924(a)(2), 924(a)(1)(A), and 2.

### Purpose of the Conspiracy

The purpose of this conspiracy was to obtain firearms from licensed dealers of firearms by means of knowingly making material and other false statements and representations that concealed the identity of the true purchaser of the firearms from the records the dealer was required to maintain.

### The Means and Methods of the Conspiracy

The means and methods employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that Defendants and co-conspirators would purchase firearms from licensed firearms dealers in the District of Arizona.

It was further part of the conspiracy that Defendants and co-conspirators would purchase multiple firearms of similar make, model, and caliber.

It was a further part of the conspiracy that Defendants and co-conspirators would purchase those firearms on behalf of other Defendants and co-conspirators.

It was a further part of the conspiracy that Defendants and co-conspirators would make false statements and representations on the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473 regarding the true purchaser of each of the firearms.

It was a further part of the conspiracy that Defendants and co-conspirators would often provide directions and the funds directly to the Defendants purchasing firearms to purchase each of the firearms involved in the conspiracy.

It was further part of the conspiracy that Defendants and co-conspirators purchasing firearms would sometimes be compensated monetarily for their actions by other Defendants and co-conspirators.

It was a further part of the conspiracy that all the acts of acquiring, obtaining, selling, purchasing, and transporting the firearms involved in the conspiracy were undertaken by Defendants and co-conspirators with the knowledge and intent that the firearms involved in the conspiracy would be illegally provided to other Defendants and co-conspirators.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

1. Between on or about January 27, 2022, and May 28, 2022, Defendant DONDI GEORELL WILLIAMS knowingly induced and procured false statements and representations to businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses.

2. Defendant DONDI GEORELL WILLIAMS had Defendants Jamila Thompson, SHAWNTAVIA MALONEY, and Summerrain Elizabeth Wise purchase firearms on his behalf on twenty-three (23) separate occasions at businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code.

3. Defendant DONDI GEORELL WILLIAMS induced and procured Defendants Jamila Thompson, SHAWNTAVIA MALONEY, and Summerrain Elizabeth Wise to complete twenty-three (23) Department of Justice, ATF Form 4473s, Firearms Transaction Record, containing a statement or representation that they

- 3 -

knew to be materially false.

4. Between January 28, 2022, and March 23, 2022, Defendant Jamila Thompson, in the District of Arizona, knowingly made false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business.

5. Defendant Jamila Thompson purchased approximately twenty-five (25) firearms from Arizona FFLs, completing seven ATF Form 4473s.

6. Defendant Jamila Thompson was aided, abetted, counseled, commanded, induced, or procured by Defendant DONDI GEORELL WILLIAMS to make these false statements or representations.

7. Defendant Jamila Thompson made the materially false statements or representations on seven ATF Form 4473s that she was the actual transferee/buyer of approximately twenty-five (25) firearms, when in fact those firearms were for Defendant DONDI GEORELL WILLIAMS.

8. Defendant DONDI GEORELL WILLIAMS paid Defendant Jamila Thompson $100 per firearm.

9. Between February 8, 2022, and March 22, 2022, Defendant SHAWNTAVIA MALONEY, in the District of Arizona, knowingly made false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business.

10. Defendant SHAWNTAVIA MALONEY purchased approximately thirty-three (33) firearms from Arizona FFLs, completing nine ATF Form 4473s.

11. Defendant SHAWNTAVIA MALONEY was aided, abetted, counseled, commanded, induced, or procured by Defendant DONDI GEORELL

- 4 -

WILLIAMS to make these false statements or representations.

12. Defendant SHAWNTAVIA MALONEY made the materially false statements or representations on seven ATF Form 4473s that she was the actual transferee/buyer of approximately thirty-three (33) firearms, when in fact those firearms were for Defendant DONDI GEORELL WILLIAMS.

13. Defendant DONDI GEORELL WILLIAMS paid Defendant SHAWNTAVIA MALONEY $100 per firearm.

14. Between May 3, 2022, and May 28, 2022, Defendant Summerrain Elizabeth Wise, in the District of Arizona, knowingly made false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business.

15. Defendant Summerrain Elizabeth Wise purchased approximately sixteen (16) firearms from Arizona FFLs, completing seven ATF Form 4473s.

16. Defendant Summerrain Elizabeth Wise was aided, abetted, counseled, commanded, induced, or procured by Defendant DONDI GEORELL WILLIAMS to make these false statements or representations.

17. Defendant Summerrain Elizabeth Wise made the materially false statements or representations on seven ATF Form 4473s that she was the actual transferee/buyer of approximately sixteen (16) firearms, when in fact those firearms were for Defendant DONDI GEORELL WILLIAMS.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-8

On or about January 28, 2022, and March 23, 2022, in the District of Arizona, Defendants DONDI GEORELL WILLIAMS and Jamila Thompson knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a

- 5 -

fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant Jamila Thompson did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer of the firearm(s), whereas in truth and fact, she knew that he was purchasing the firearm(s) for Defendant DONDI GEORELL WILLIAMS:

| Count | Date | FFL (Business) Name |
|---|---|---|
| 2 | January 28, 2022 | Sportsman's Warehouse |
| 3 | January 28, 2022 | Ammo AZ |
| 4 | February 24, 2022 | Pawn 1st |
| 5 | March 8, 2022 | Ammo AZ |
| 6 | March 12, 2022 | Ammo AZ |
| 7 | March 22, 2022 | Ammo AZ |
| 8 | March 23, 2022 | Sportsman's Warehouse |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### COUNTS 9-17

On or about February 8, 2022, and March 22, 2022, in the District of Arizona, Defendants DONDI GEORELL WILLIAMS and SHAWNTAVIA MALONEY knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant SHAWNTAVIA MALONEY did execute a Department of Justice, Bureau of Alcohol,

- 6 -

Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer of the firearm(s), whereas in truth and fact, she knew that she was purchasing the firearm(s) for Defendant DONDI GEORELL WILLIAMS:

| Count | Date | FFL (Business) Name |
|---|---|---|
| 9 | February 8, 2022 | Ammo AZ |
| 10 | February 9, 2022 | Ammo AZ |
| 11 | March 8, 2022 | Ammo AZ |
| 12 | March 8, 2022 | Tombstone Tactical |
| 13 | March 9, 2022 | Ammo AZ |
| 14 | March 12, 2022 | Ammo AZ |
| 15 | March 12, 2022 | Tombstone Tactical |
| 16 | March 12, 2022 | Sportsman's Warehouse |
| 17 | March 22, 2022 | Ammo AZ |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**COUNTS 18-24**

On or about May 3, 2022, and May 28, 2022, in the District of Arizona, Defendants DONDI GEORELL WILLIAMS and Summerrain Elizabeth Wise knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant Summerrain Elizabeth Wise did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer of the firearm(s), whereas in truth and fact, she knew that she was

purchasing the firearm(s) for Defendant DONDI GEORELL WILLIAMS:

| Count | Date | FFL (Business) Name |
| --- | --- | --- |
| 18 | May 3, 2022 | Windy City Pawn |
| 19 | May 3, 2022 | Ammo AZ |
| 20 | May 3, 2022 | Sportsman's Warehouse |
| 21 | May 28, 2022 | Tombstone Tactical |
| 22 | May 28, 2022 | Ammo AZ |
| 23 | May 28, 2022 | Windy City Pawn |
| 24 | May 28, 2022 | Shooter's World |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### COUNTS 32–38

On or about between March 8, 2022, and March 22, 2022, in the District of Arizona, Defendant SHAWNTAVIA MALONEY knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant SHAWNTAVIA MALONEY did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant SHAWNTAVIA MALONEY resided at an address on North 9th Street in Phoenix, Arizona, whereas in truth and fact, Defendant SHAWNTAVIA MALONEY knew that she resided at a different address:

| Count | Date | FFL (Business) Name |
| --- | --- | --- |
| 32 | March 8, 2022 | Ammo AZ |
| 33 | March 8, 2022 | Tombstone Tactical |
| 34 | March 9, 2022 | Ammo AZ |

| Count | Date | FFL (Business) Name |
|---|---|---|
| 35 | March 12, 2022 | Ammo AZ |
| 36 | March 12, 2022 | Tombstone Tactical |
| 37 | March 12, 2022 | Sportsman's Warehouse |
| 38 | March 22, 2022 | Ammo AZ |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 39

On or about between February 8, 2022, and March 22, 2022, in the District of Arizona, Defendant SHAWNTAVIA MALONEY, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1–39 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1–39 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable. If any forfeitable property, as a result of any act or omission of any defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

- 9 -

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981; 21 U.S.C. §§ 853 and 881; 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: February 11, 2025

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
JACQUELINE SCHESNOL
DIAMOND ZAMBRANO
Assistant U.S. Attorneys

- 10 -