**Philip A. Seplow, Esq.**
**Attorney AZ #004859**
**PMB #462**
**3241 E. Shea Blvd.**
**Phoenix, AZ 85028-3365**
**Tel: (602) 570-7817**
**PhilipSeplowLaw@gmail.com**
**barkerpas@gmail.com**
**Attorney for Defendant Shawntavia Maloney**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,**<br>**Plaintiff**<br><br>**vs.**<br><br>**Shawntavia Maloney,**<br>**Defendant**. | **Case No. 2:24-CR-00101-3-SMB**<br><br>**OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** |

**COMES NOW THE Defendant**, Shawntavia Lee Maloney, by and through her undersigned counsel and posts her Objection(s) to the Presentence Investigation Report (*PSR*) authored by U. S. Probation Officer Tricia Hall and filed on June 18, 2025 (Document #133).

The Objection revolves around paragraph # 30 found on page 13 of the *PSR*. What confounds the Defense is how 33 firearms are attributed to Ms. Maloney. Simply stated, the wrong address that was given to the *FFL* (*AMMO*

*AZ*) occurred on March 22, 2022. Ms. Maloney was purchasing guns for herself well before the March 22nd date.

The Indictment lists Counts 9-17 as firearms purchased by the Defendant. That is nine guns but only one firearm was purchased on March 22, 2022. The other dates of purchase in the Indictment are as follows:

- Count #9: February 8, 2022 (one gun),
- Count # 10: February 9, 2022 (one gun),
- Counts #'s 11 and 12: March 8, 2022 (two guns),
- Count # 13: March 9, 2022 (one gun),
- Counts #'s 14, 15 and 16: March 12, (three guns), and
- Count # 17: March 22, 2022 (one gun).

There is only one gun purchased on the date when the wrong address was given to the *FFL* (March 22, 2022). All the other guns listed in Counts 9-16 were purchased before that date.

A further reading of the Indictment shows that Counts 2-8 are attributable to co-defendants Dondi Georel "Rell" Williams and Jamila Thompson.

- Counts #'s 18-24 involve "Rell" and Summerrain Elizabeth Wise.
- Counts #'s 25-31 involve Ms. Wise.

In the factual basis of the Plea Agreement, Ms. Maloney only admits to the following:

> "In completing the ATF form 4473, I indicated that my current address was on North 9th Street in Phoenix, AZ. I did not live on Ninth Street in "Phoenix."

So, the only thing that Ms. Maloney admitted to was using a false address on March 22, 2022, to purchase firearms from an *FFL*. The purchase of the other firearms on Form #4473 presumably had the correct address.

Ms. Maloney did not plead guilty to a conspiracy because she was not in a conspiracy. So, it is a great stretch to include the independent purchases of other firearms by other people as relevant conduct.

Outside of an unrecorded statement allegedly made to an *ATF* agent, when showing up unannounced to Ms. Maloney's home (from which she was in the process of moving), Shawntavia has adamantly denied ever purchasing any firearms for any co-defendant or anybody else for that matter.

She has denied ever purchasing firearms upon direction for co-defendant Williams' time and time again. She was friends with co-defendant Jamila Thompson. She was apparently introduced to co-defendant Dondi Georell "Rell" Williams through Ms. Thompson, and although Ms. Thompson was recruited by Mr. Williams to purchase firearms for Mr. Williams, Shawntavia never did. Ms. Thompson actually provided Shawntavia's number to "Rell."

Shawntavia was always the true purchaser of the firearms as she never agreed to enter an *FFL* to purchase a firearm on "Rell's" behalf. She would sell some of the firearms which she purchased at a later date, but she never took an advance order for any purchase.

Finally, maybe Mr. "Rell" Williams asked Shawntavia to purchase firearms for him, but she never did. Shawntavia's actual contact with "Rell" was extremely limited.

It should be noted that Ms. Maloney never traveled to the State of California, where apparently "Rell" hailed from.

Thus, M. Maloney only purchased a limited number of firearms after March 22, 2022, using the wrong address, perhaps as few as one.

Paragraph # 30 should not burden Ms. Maloney with an amount of firearms from 25-99 (which adds six levels to the offense level), but a significantly lower amount such as one or two guns, tops.

Even in the worst-case scenario, such as shown in Paragraph #10 of the *PSR*, where the narrative indicates that Ms. Maloney purchased 33 firearms from February 8, through March 22, 2022, only six firearms were purchased on that date.

Again, Ms. Maloney has never bought a firearm for somebody else while stating that she was the true buyer, outside of an unrecorded statement accusing her of admitting that she was a straw purchaser, which she adamantly denies.

**RESPECTFULLY SUBMITTED** this 29th day of October 2025.

s/ Philip A. Seplow
Attorney for Defendant
Shawntavia Maloney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Ms. Jacqueline Nan Schesnol, Esquire
Assistant United States Attorney

I hereby certify that the Defendant will be provided with a copy of the above.

s/ Philip Seplow