# Ex. A

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

| WARNING: The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment. | Transferor's/Seller's Transaction Serial Number (if any) |
|---|---|
| **Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2.** PLEASE PRINT. | 15215 |

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. SPRINGFIELD/NONE | XD COMPACT | BA641026 | PISTOL | 9MM |
| 2. SPRINGFIELD/NONE | HELLCAT | BA536907 | PISTOL | 9MM |
| 3. SPRINGFIELD/NONE | XD9 | BA652276 | PISTOL | 9MM |

| 6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)  Six | 7. Check if any part of this transaction is a pawn redemption. ☐ Record Line Number(s) From Question 1: |
|---|---|
| | 8. Check if this transaction is to facilitate a private party transfer. ☐ |

## Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| MALONEY | SHAWNTAVIA | LEE |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address 4150 N 9TH STREET APT 209 | City PHOENIX | State AZ | ZIP Code 85014 | County/Parish/Borough MARICOPA |
|---|---|---|---|---|

| 11. Place of Birth | 12. Height | 13. Weight (lbs.) | 14. Sex | 15. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City **and** State -OR- Foreign Country  SAINT PAUL, MINNESOTA    N/A | Ft. 5 In. 7 | 200 | ☐ Male ☒ Female ☐ Non-Binary | Month ■ | Day ■ | Year 1995 |

| 16. Social Security Number (optional, but will help prevent misidentification)  ■ | 17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable) |
|---|---|

| 18.a. Ethnicity | 18b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.) |
|---|---|
| ☐ Hispanic or Latino  ☒ Not Hispanic or Latino | ☐ American Indian or Alaska Native   ☒ Black or African American   ☐ White  ☐ Asian   ☐ Native Hawaiian or Other Pacific Islander |

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☒ United States of America (U.S.A)   ☐ Other Country/Countries (Specify): **N/A**

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#): **N/A**

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☒ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. Are you a fugitive from justice? | ☐ | ☒ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | | X |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | | X |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | | X |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | | X |
| j. | Have you ever renounced your United States citizenship? | | X |
| k. | Are you an alien **illegally** or **unlawfully** in the United States? | | X |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | | X |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | | |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| | Month 2 | Day 8 | Year 2022 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

**24. Category of firearm(s) to be transferred (check or mark all that apply):**

[X] Handgun  [ ] Long Gun (rifle or shotgun)  [ ] Other Firearm (frame, receiver, etc.)

**25. If sale or transfer is at a qualifying gun show or event:**

Name of Function: **N/A**

City, State: **N/A**

**26.a. Identification** (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| **AZ DRIVERS LICENSE** | ▇▇▇▇ | 02 | 17 | 2060 |

**26.b. Supplemental Government Issued Documentation** (if identification document does not show current residence address or full legal name)

N/A

**26.c. Official Military Orders Establishing Permanent Change of Station (PCS):**

PCS Base/City and State:          PCS Effective Date:          PCS Order Number (if any):

**26.d. Exception to the Nonimmigrant Alien Prohibition:** If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

N/A

**27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency:**

| Month | Day | Year |
|---|---|---|
| 2 | 8 | 2022 |

**27.b. The NICS or State transaction number (if provided) was:**

102CB2T0H

**27.c. The response initially provided by NICS or the appropriate State agency was:**

[X] Proceed  [ ] Denied  [ ] Cancelled

[ ] Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]

**27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:**

[ ] Proceed _____ (date)  [ ] Overturned
[ ] Denied _____ (date)
[ ] Cancelled _____ (date)
[ ] No response was provided within 3 business days.

**27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:**

_____ (date).  [ ] Proceed  [ ] Denied  [ ] Cancelled

**27.f. Name and Brady identification number of the NICS examiner. (optional)**

_____ (name)  _____ (number)

**27.g. Name of FFL Employee Completing NICS check. (optional)**

**28.** [ ] No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

**STAPLE IF PAGES BECOME SEPARATED**  ATF Form 4473 (5300.9)
Revised May 2020

01052

| 29. | ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS. |
| --- | --- |

| Issuing State and Permit Type<br>N/A | Date of Issuance (if any)<br>N/A | Expiration Date (if any)<br>N/A | Permit Number (if any)<br>N/A |
| --- | --- | --- | --- |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

**I certify that all of my responses in Section B of this form are still true, correct, and complete.**

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
| --- | --- | --- | --- |
| | Month | Day | Year |

## Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
| --- | --- |
| N/A | AMMO A-Z/ZEUS ARMS 2005 W DEERVALLEY RD SUITE #103 PHOENIX, AZ 85027 FFL # 9-86-013-07-3K-10573 |

### The Individual Transferring The Firearm(s) Must Complete Questions 34-36.
### For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
| --- | --- | --- | --- | --- |
| J HYDORN | | Month<br>2 | Day<br>8 | Year<br>2022 |

### REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

**01053**

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record
# Continuation Sheet

This form is a continuation of Section A of the attached ATF Form 4473 and is completed by the transferor/seller. When completed, this attachment is incorporated into and made part of the ATF Form 4473. **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2.** PLEASE PRINT

| Transferor's/Seller's Transaction Serial Number (if any) | Date Transferred (if any) | | |
|---|---|---|---|
| | Month | Day | Year |
| 15215 | 2 | 8 | 2022 |

## Transferee's/Buyer's

| Last Name | First Name | Middle Name |
|---|---|---|
| MALONEY | SHAWNTAVIA | LEE |

## Section A - Must Be Completed By Transferor /Seller Before Transferee/Buyer Completes Section B

| | 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|---|
| 4. | SMITH & WESSON/N/A | M442 | DPS7034 | REVOLVER | 38 SPECIAL |
| 5. | RUGER/NONE | 57 | 643-47117 | PISTOL | 5.7X28MM |
| 6. | RUGER/NONE | 57 | 643-54759 | PISTOL | 5.7X28MM |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |

REMINDER- By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

01057

# AMMO AZ
**Thank you for shopping with us!**

**2/8/2022 1:19:34 PM**

| | |
|---|---|
| 1 Qty 736676164011 @609.00 | |
| RUGER 57 | 609.00 |
| S/N: 643-47117 | |
| 1 Qty 736676164035 @609.00 | |
| RUGER 57 | 609.00 |
| S/N: 643-54759 | |
| 1 Qty 022188628104 @465.00 | |
| SMITH & WESSON M442 | 465.00 |
| S/N: DPS7034 | |
| 1 Qty 706397943950 @525.00 | |
| Springfield HELLCAT | 525.00 |
| S/N: BA536907 | |
| 1 Qty 706397926038 @399.00 | |
| Springfield XD COMPACT | 399.00 |
| S/N: BA641026 | |
| 1 Qty 706397926045 @385.00 | |
| Springfield XD9 | 385.00 |
| S/N: BA652276 | |

**AMMO**

| | |
|---|---|
| 2 Qty 818513003612 @45.00 | |
| FN America, 5.7mmX28mm V-Max 40 GR, 50 Rounds In Box | 90.00 |
| Subtotal | 3082.00 |
| Tax | 265.07 |

| | |
|---|---|
| **Total** | **3347.07** |
| **Cash** | 3347.07 |
| **Change** | 12.93 |

**Loyal Customer: Shawntavia Maloney**

**Customer Phone: (602) 817-8215**

**Your Cashier Today was Jason H.**

**AAZ-POS4**

**Store #1**
**2005 W Deer Valley Rd Suite #103**
**Phoenix, AZ 85027**
**Phone: (602) 331-4700**
**Email: bmurphy@ammoaz.com**
**Visit us at: AmmoAZ.com**

**\*\*\*Duplicate Receipt\*\*\***



66431

**01060**

# Ex. B

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

**Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.**

Transferor's/Seller's Transaction Serial Number (if any)

15230

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. TAURUS/NONE | GX4 | 1GA45788 | PISTOL | 9MM |
| 2. SPRINGFIELD/NONE | XD9 | BA652582 | PISTOL | 9MM |
| 3. SIG SAUER/N/A | P365 | 66B981986 | PISTOL | 9MM |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

Five

7. Check if any part of this transaction is a pawn redemption. ☐
Record Line Number(s) From Question 1:

8. Check if this transaction is to facilitate a private party transfer. ☐

## Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| MALONEY | SHAWNTAVIA | LEE |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address: 4150 N 9TH STREET APT 209 | City: PHOENIX | State: AZ | ZIP Code: 85014 | County/Parish/Borough: MARICOPA |
|---|---|---|---|---|

11. Place of Birth
U.S. City **and** State -OR- Foreign Country
SAINT PAUL, MINNESOTA / N/A

12. Height: Ft. 5 In. 7

13. Weight (lbs.): 200

14. Sex: ☐ Male ☒ Female ☐ Non-Binary

15. Birth Date: Month ■ Day ■ Year 1995

16. Social Security Number (optional, but will help prevent misidentification)
■

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity
☐ Hispanic or Latino
☒ Not Hispanic or Latino

18b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native  ☒ Black or African American  ☐ White
☐ Asian  ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☒ United States of America (U.S.A)  ☐ Other Country/Countries (Specify): N/A

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#): N/A

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions:

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. | Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

**STAPLE IF PAGES BECOME SEPARATED**

|  |  | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | ☐ | ☒ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☒ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☒ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
|  | Month 2 | Day 9 | Year 2022 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

| 24. Category of firearm(s) to be transferred (check or mark all that apply): | 25. If sale or transfer is at a qualifying gun show or event: |
|---|---|
| ☒ Handgun  ☐ Long Gun (rifle or shotgun)  ☐ Other Firearm (frame, receiver, etc.) | Name of Function: **N/A**  City, State: **N/A** |

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
|  |  | Month | Day | Year |
| **AZ DRIVERS LICENSE** | ███████ | 02 | 17 | 2060 |

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

**N/A**

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):

| PCS Base/City and State: | PCS Effective Date: | PCS Order Number (if any): |
|---|---|---|

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

**N/A**

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 2  Day 9  Year 2022 | 102CC45PJ |

| 27.c. The response initially provided by NICS or the appropriate State agency was: | 27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency: |
|---|---|
| ☒ Proceed  ☐ Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]  ☐ Denied  ☐ Cancelled _____ | ☐ Proceed _____ (date)  ☐ Overturned  ☐ Denied _____ (date)  ☐ Cancelled _____ (date)  ☐ No response was provided within 3 business days. |

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:

_____ (date).   ☐ Proceed   ☐ Denied   ☐ Cancelled

| 27.f. Name and Brady identification number of the NICS examiner. (optional) | 27.g. Name of FFL Employee Completing NICS check. (optional) |
|---|---|
| _____ (name)  _____ (number) |  |

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

**01062**

**29.** ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

**I certify that all of my responses in Section B of this form are still true, correct, and complete.**

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |

## Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| N/A | AMMO A-Z/ZEUS ARMS 2005 W DEERVALLEY RD SUITE #103 PHOENIX, AZ 85027 FFL # 9-86-013-07-3K-10573 |

**The Individual Transferring The Firearm(s) Must Complete Questions 34-36.**
**For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| J HYDORN | | 2 | 9 | 2022 |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days**

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

**01063**

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record
# Continuation Sheet

This form is a continuation of Section A of the attached ATF Form 4473 and is completed by the transferor/seller.  When completed, this attachment is incorporated into and made part of the ATF Form 4473.  **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2.**  PLEASE PRINT

| Transferor's/Seller's Transaction Serial Number (if any) | Date Transferred (if any) | | |
|---|---|---|---|
| | Month | Day | Year |
| 15230 | 2 | 9 | 2022 |

<strong>Transferee's/Buyer's</strong>

| Last Name | First Name | Middle Name |
|---|---|---|
| MALONEY | SHAWNTAVIA | LEE |

<strong>Section A - Must Be Completed By Transferor /Seller Before Transferee/Buyer Completes Section B</strong>

| | 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|---|
| 4. | TAURUS/NONE | GX4 | 1GA60753 | PISTOL | 9MM |
| 5. | RUGER/NONE | 57 | 643-73382 | PISTOL | 5.7X28MM |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |

REMINDER- By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

# AMMO AZ
Thank you for shopping with us!

2/9/2022 12:06:03 PM

| | |
|---|---:|
| 1 Qty 736676164097 @650.00<br>RUGER 57<br>S/N: 643-73382 | 650.00 |
| 1 Qty 798681572762 @499.00<br>SIG SAUER P365<br>S/N: 66B981986 | 499.00 |
| 1 Qty 706397926045 @385.00<br>Springfield XD9<br>S/N: BA652582 | 385.00 |
| 1 Qty 725327936008 @349.00<br>TAURUS GX4<br>S/N: 1GA45788 | 349.00 |
| 1 Qty 725327935513 @350.00<br>TAURUS GX4<br>S/N: 1GA60753 | 350.00 |

**AMMO**

| | |
|---|---:|
| 1 Qty 818513003612 @45.00<br>FN America, 5.7mmX28mm V-Max 40 GR, 50 Rounds In Box | 45.00 |
| Subtotal | 2278.00 |
| Tax | 195.92 |

| | |
|---|---:|
| **Total** | **2473.92** |
| **Cash** | 2473.92 |
| **Change** | 26.08 |

Loyal Customer: Shawntavia Maloney

Customer Phone: (602) 817-8215

Your Cashier Today was Jason H.

**AAZ-POS4**

Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
Phone: (602) 331-4700
Email: bmurphy@ammoaz.com
Visit us at: AmmoAZ.com

***Duplicate Receipt***



66470

**01071**

# Ex. C

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

Transferor's/Seller's Transaction Serial Number (if any)

16044

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

**Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.**

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. TAURUS/NONE | GX4 | 1GA43040 | PISTOL | 9MM |
| 2. RUGER/N/A | LCP MAX | 381356997 | PISTOL | .380ACP |
| 3. FN USA/NONE | FIVE SEVEN | 386418916 | PISTOL | 5.7X28MM |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

Four

7. Check if any part of this transaction is a pawn redemption. ☐
Record Line Number(s) From Question 1:

8. Check if this transaction is to facilitate a private party transfer. ☐

## Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| MALONEY | SHAWNTAVIA | LEE |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| 4150 N 9TH STREET APT 209 | PHOENIX | AZ | 85014 | MARICOPA |

| 11. Place of Birth | 12. Height | 13. Weight (lbs.) | 14. Sex | 15. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City **and** State -OR- Foreign Country<br>SAINT PAUL, MINNESOTA / N/A | Ft. 5<br>In. 7 | 189 | ☐ Male<br>☒ Female<br>☐ Non-Binary | Month ■ | Day ■ | Year 1995 |

16. Social Security Number (optional, but will help prevent misidentification)

■

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity
☐ Hispanic or Latino
☒ Not Hispanic or Latino

18b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native   ☒ Black or African American   ☐ White
☐ Asian   ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☒ United States of America (U.S.A)   ☐ Other Country/Countries (Specify): **N/A**

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#): **N/A**

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☒ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. Have you ever been convicted in any court, including a military court, of a **felony,** or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. Are you a fugitive from justice? | ☐ | ☒ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

|     |                                                                                                                                                                                                                                      | Yes | No |
|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| f.  | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution?                                                                                                                     |     | X  |
| g.  | Have you ever been discharged from the Armed Forces under dishonorable conditions?                                                                                                                                                   |     | X  |
| h.  | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? |     | X  |
| i.  | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? |     | X  |
| j.  | Have you ever renounced your United States citizenship?                                                                                                                                                                              |     | X  |
| k.  | Are you an alien **illegally** or **unlawfully** in the United States?                                                                                                                                                               |     | X  |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa?                                                                                                                                           |     | X  |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank)                                                                                      |     |    |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| *[signature]* | Month 3 | Day 8 | Year 2022 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

| 24. Category of firearm(s) to be transferred (check or mark all that apply): | 25. If sale or transfer is at a qualifying gun show or event: |
|---|---|
| [X] Handgun  [ ] Long Gun (rifle or shotgun)  [ ] Other Firearm (frame, receiver, etc.) | Name of Function: **N/A** <br> City, State: **N/A** |

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| **AZ DRIVERS LICENSE** | ███████ | Month 02 | Day 17 | Year 2060 |

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

**N/A**

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):

| PCS Base/City and State: | PCS Effective Date: | PCS Order Number (if any): |
|---|---|---|

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

**N/A**

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 3   Day 8   Year 2022 | 102DFJCH4 |

| 27.c. The response initially provided by NICS or the appropriate State agency was: | 27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency: |
|---|---|
| [X] Proceed  [ ] Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)] <br> [ ] Denied <br> [ ] Cancelled _____ | [ ] Proceed _____ (date)   [ ] Overturned <br> [ ] Denied _____ (date) <br> [ ] Cancelled _____ (date) <br> [ ] No response was provided within 3 business days. |

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:

_____ (date).  [ ] Proceed  [ ] Denied  [ ] Cancelled

| 27.f. Name and Brady identification number of the NICS examiner. (optional) | 27.g. Name of FFL Employee Completing NICS check. (optional) |
|---|---|
| _____ (name)   _____ (number) | |

28. [ ] No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

**STAPLE IF PAGES BECOME SEPARATED**   ATF Form 4473 (5300.9) Revised May 2020

**01093**

☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

**I certify that all of my responses in Section B of this form are still true, correct, and complete.**

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |

## Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| N/A | AMMO A-Z/ZEUS ARMS 2005 W DEERVALLEY RD SUITE #103 PHOENIX, AZ 85027 FFL # 9-86-013-07-3K-10573 |

**The Individual Transferring The Firearm(s) Must Complete Questions 34-36.**
**For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| RYAN GODFREY | | 3 | 8 | 2022 |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days**

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

01094

# AMMO AZ

Thank you for shopping with us!

3/8/2022 12:58:56 PM

| | |
|---|---|
| 1 Qty 845737013547 @1099.00<br>FN USA FIVE SEVEN<br>S/N: 386418916 | 1099.00 |
| 1 Qty 736676132003 @275.00<br>RUGER EC9S<br>S/N: 461-62106 | 275.00 |
| 1 Qty 736676137169 @345.00<br>RUGER LCP MAX<br>S/N: 381356997 | 345.00 |
| 1 Qty 725327936008 @349.00<br>TAURUS GX4<br>S/N: 1GA43040 | 349.00 |

**AMMO**

| | |
|---|---|
| 1 Qty 818513003612 @45.00<br>FN America, 5.7mmX28mm V-Max 40 GR, 50 Rounds In Box | 45.00 |
| Subtotal | 2113.00 |
| Tax | 181.73 |

| | |
|---|---|
| **Total** | **2294.73** |
| **Cash** | 2294.73 |
| **Change** | 5.27 |

Loyal Customer: Shawntavia Maloney

Customer Phone: (602) 817-8215

Your Cashier Today was Ryan G.

**AAZ-POS4**

Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
Phone: (602) 331-4700
Email: bmurphy@ammoaz.com
Visit us at: AmmoAZ.com

***Duplicate Receipt***



78891

**01101**

# Ex. D

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

| | Transferor's/Seller's Transaction Serial Number (if any) |
|---|---|
| **WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment. | 33504 |

**Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.**

## Section A – Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. HS PRODUKT/SI | HELLCAT OSP | BA755775 | PISTOL | 9X19 |
| 2. RUGER | RUGER-57 | 643-59378 | PISTOL | 5.7 X 28 |
| 3. SMITH & WESSON | 442-1 | DPU7598 | REVOLVER | .38 S&W |

| 6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)  THREE | 7. Check if any part of this transaction is a pawn redemption. Record Line Number(s) From Question 1: ☐ |
|---|---|
| | 8. Check if this transaction is to facilitate a private party transfer. ☐ |

## Section B – Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| MALONEY | SHAWNTAVIA | LEE |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| 4150 N 9TH STREET APT 209 | PHOENIX | AZ | 85014 | MARICOPA |

| 11. Place of Birth | 12. Height | 13. Weight (lbs.) | 14. Sex | 15. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City **and** State -OR- Foreign Country  SAINT PAUL MINNESOTA | Ft. ■  In. ■ | ■ | ☐ Male  ☑ Female  ☐ Non-Binary | Month ■ | Day ■ | Year 1995 |

| 16. Social Security Number (optional, but will help prevent misidentification)  ■ | 17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable) |
|---|---|

**18.a. Ethnicity**
☐ Hispanic or Latino
☑ Not Hispanic or Latino

**18.b. Race** (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native ☑ Black or African American ☐ White
☐ Asian ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A) ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☑ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| c. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| d. Are you a fugitive from justice? | ☐ | ☑ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☑ |

Previous Editions Are Obsolete

Page 1 of 6

STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9)
Revised May 2020

01120

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | ☐ | ☑ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☑ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☑ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| | Month March | Day 08 | Year 2022 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

**24.** Category of firearm(s) to be transferred (check or mark all that apply):

☑ Handgun    ☐ Long Gun (rifle or shotgun)    ☐ Other Firearm (frame, receiver, etc.)

**25.** If sale or transfer is at a qualifying gun show or event:

Name of Function: _____

City, State: _____

**26.a.** Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| AZ, DRIVER'S LICENSE | ███████ | Month February | Day 17 | Year 2060 |

**26.b.** Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

**26.c.** Official Military Orders Establishing Permanent Change of Station (PCS):

PCS Base/City and State:     PCS Effective Date:     PCS Order Number (if any):

**26.d.** Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

**27.a.** Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency:

| Month | Day | Year |
|---|---|---|
| March | 08 | 2022 |

**27.b.** The NICS or State transaction number (if provided) was:
102DFR64Z

**27.c.** The response initially provided by NICS or the appropriate State agency was:

☑ Proceed    ☐ Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]

☐ Denied

☐ Cancelled

**27.d.** Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:

☐ Proceed _____ (date)    ☐ Overturned

☐ Denied _____ (date)

☐ Cancelled _____ (date)

☐ No response was provided within 3 business days.

**27.e.** After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:

_____ (date).    ☐ Proceed    ☐ Denied    ☐ Cancelled

**27.f.** Name and Brady identification number of the NICS examiner. (optional)

_____ (name)    _____ (number)

**27.g.** Name of FFL Employee Completing NICS check. (optional)

**28.** ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

**29.** ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

### Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

**I certify that all of my responses in Section B of this form are still true, correct, and complete.**

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |

### Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| | TOMBSTONE TACTICAL<br>10011 N METRO PKWY E<br>PHOENIX, AZ 85051<br><br>9-86-013-01-3J-07644 |

### The Individual Transferring The Firearm(s) Must Complete Questions 34-36.
### For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| TANNER BOWMAN | | March | 08 | 2022 |

### REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

**01122**

**Tombstone Tactical**
PHOENIX ARCHIVE
10011 N Metro Pkwy E
Phoenix, AZ 85051
480-585-0878
www.tombstonetactical.com

---

Sales Receipt

 02:35 pm

Sale Id:   POS 108594

Register Name:   Reg 5

---

Invoice to:

Customer: SHAWNTAVIA MALONEY
Address : 4150 N 9TH ST APT 209
PHOENIX ARIZONA, 85014
Phone Number : (602) 817-8215
E-Mail : SHAWNTAVIAMALONEY@GMAIL.COM

---

| Item Name | Price | Qty | Total |
|---|---|---|---|
| **FN Herstal 5.7x28mm 27 Grain Lead Free Jacketed Hollow Point 50Rd Box SS195LF** | | | |
| 5.7x28mm SS195LF Lead Free Cartridge | | | |
| | $49.95 | 1 | $49.95 |
| **Smith & Wesson 442 Centennial Airweight Revolver .38 Special 1.875in 5rd Blued No Internal Lock** | | | |
| Serial #'s: DPU7598 | | | |
| | $476.99 | 1 | $476.99 |
| **RUGER Ruger-57, 5.7x28mm, 4.94", 20rd, Blk** | | | |
| Serial #'s: 643-59378 | | | |
| | $649.99 | 1 | $649.99 |
| **Springfield Hellcat OSP 9mm 3" W/ NOTEBOOK, 3 -15rd Mags** | | | |
| Serial #'s: BA755775 | | | |
| | $499.98 | 1 | $499.98 |

| | | |
|---|---|---|
| Sub Total | | $1,676.91 |
| 8.600% Sales Tax | | $144.21 |
| Total | | $1,821.12 |
| Number of items sold | | 4 |
| 03/08/2022 02:34 pm | Cash | $1,900.00 |
| Amount Due | | -$78.88 |

Firearms, Ammunition, and Optic sales are final. No returns. Other items are returnable in new, unopened condition within 30 days of purchase with original receipt.

Signature _____

**01123**

# Ex. E

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

**Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2.** PLEASE PRINT.

Transferor's/Seller's Transaction Serial Number (if any)

16063

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. TAURUS/NONE | GX4 | 1GA43014 | PISTOL | 9MM |
| 2. SIG SAUER/NONE | P365 | 66B935854 | PISTOL | 9MM |
| 3. GLOCK/NONE | G27 | NNH516 | PISTOL | .40S&W |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

**Three**

7. Check if any part of this transaction is a pawn redemption. ☐
Record Line Number(s) From Question 1:

8. Check if this transaction is to facilitate a private party transfer. ☐

## Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| MALONEY | SHAWNTAVIA | LEE |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| 4150 N 9TH STREET APT 209 | PHOENIX | AZ | 85014 | MARICOPA |

11. Place of Birth
U.S. City **and** State -OR- Foreign Country
SAINT PAUL, MINNESOTA / N/A

12. Height: Ft. 5 In. 7
13. Weight (lbs.): 189
14. Sex: ☐ Male ☒ Female ☐ Non-Binary
15. Birth Date: Month ■ Day ■ Year 1995

16. Social Security Number (optional, but will help prevent misidentification)
■■■■

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity
☐ Hispanic or Latino
☒ Not Hispanic or Latino

18b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native
☐ Asian
☒ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ White

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☒ United States of America (U.S.A) ☐ Other Country/Countries (Specify): **N/A**

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#): **N/A**

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☒ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. Are you a fugitive from justice? | ☐ | ☒ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

**STAPLE IF PAGES BECOME SEPARATED**

01072

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | ☐ | ☒ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☒ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☒ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| *[signature]* | Month 3 | Day 9 | Year 2022 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

**24. Category of firearm(s) to be transferred (check or mark all that apply):**

☒ Handgun ☐ Long Gun (rifle or shotgun) ☐ Other Firearm (frame, receiver, etc.)

**25. If sale or transfer is at a qualifying gun show or event:**

Name of Function: **N/A**

City, State: **N/A**

**26.a. Identification** (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| **AZ DRIVERS LICENSE** | ■■■■■■ | 02 | 17 | 2060 |

**26.b. Supplemental Government Issued Documentation** (if identification document does not show current residence address or full legal name)

**N/A**

**26.c. Official Military Orders Establishing Permanent Change of Station (PCS):**

PCS Base/City and State:     PCS Effective Date:     PCS Order Number (if any):

**26.d. Exception to the Nonimmigrant Alien Prohibition:** If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

**N/A**

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 3   Day 9   Year 2022 | 102DGJMMY |

**27.c. The response initially provided by NICS or the appropriate State agency was:**

☒ Proceed   ☐ Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]
☐ Denied
☐ Cancelled

**27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:**

☐ Proceed _____ (date)   ☐ Overturned
☐ Denied _____ (date)
☐ Cancelled _____ (date)
☐ No response was provided within 3 business days.

**27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:**

_____ (date).   ☐ Proceed   ☐ Denied   ☐ Cancelled

| 27.f. Name and Brady identification number of the NICS examiner. (optional) | 27.g. Name of FFL Employee Completing NICS check. (optional) |
|---|---|
| _____ (name)   _____ (number) | |

**28.** ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

01073

29. ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

**I certify that all of my responses in Section B of this form are still true, correct, and complete.**

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |

## Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| N/A | AMMO A-Z/ZEUS ARMS 2005 W DEERVALLEY RD SUITE #103 PHOENIX, AZ 85027 FFL # 9-86-013-07-3K-10573 |

### The Individual Transferring The Firearm(s) Must Complete Questions 34-36.
### For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| J HYDORN | | 3 | 9 | 2022 |

### REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/ buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

**01074**

# AMMO AZ
**Thank you for shopping with us!**

**3/9/2022 10:03:28 AM**

| | |
|---|---:|
| 1 Qty USDGLK273 @450.00<br>GLOCK G27<br>S/N: NNH516 | 450.00 |
| 1 Qty 798681599479 @499.00<br>SIG SAUER P365<br>S/N: 66B935854 | 499.00 |
| 1 Qty 725327936008 @349.00<br>TAURUS GX4<br>S/N: 1GA43014 | 349.00 |

**AMMO**

| | |
|---|---:|
| 1 Qty 818778021840 @30.00<br>AMMO INC .380ACP 100GR TMC | 30.00 |
| 1 Qty 818778021857 @30.00<br>AMMO INC .38SPL TMC 125GR 50RD | 30.00 |
| 1 Qty 818778021536 @30.00<br>AMMO INC .40S&W 180GR TMC 50RD | 30.00 |
| Subtotal | 1388.00 |
| Tax | 119.38 |

| | |
|---|---:|
| **Total** | **1507.38** |
| **Cash** | 1507.38 |
| **Change** | 12.62 |

**Loyal Customer: Shawntavia Maloney**

**Customer Phone: (602) 817-8215**

**Your Cashier Today was Jason H.**

**AAZ-POS4**

Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
Phone: (602) 331-4700
Email: bmurphy@ammoaz.com
Visit us at: AmmoAZ.com

**\*\*\*Duplicate Receipt\*\*\***



78944

**01081**

# Ex. F

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

| | Transferor's/Seller's Transaction Serial Number (if any) |
|---|---|
| **WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment. | |
| **Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2.** PLEASE PRINT. | 16162 |

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. SPRINGFIELD/NONE | XD-S MOD2 | BA567325 | PISTOL | 9MM |
| 2. RUGER/NONE | 57 | 643-73902 | PISTOL | 5.7X28MM |
| 3. RUGER/NONE | EC9S | 461-70089 | PISTOL | 9MM |

| 6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)  **Three** | 7. Check if any part of this transaction is a pawn redemption. ☐  Record Line Number(s) From Question 1: |
|---|---|
| | 8. Check if this transaction is to facilitate a private party transfer. ☐ |

## Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III)  MALONEY | First Name  SHAWNTAVIA | Middle Name  LEE |
|---|---|---|

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address  4150 N 9TH ST APT 209 | City  PHOENIX | State  AZ | ZIP Code  85014 | County/Parish/Borough  MARICOPA |
|---|---|---|---|---|

| 11. Place of Birth | 12. Height | 13. Weight (lbs.) | 14. Sex | 15. Birth Date |
|---|---|---|---|---|
| U.S. City **and** State -OR- Foreign Country  SAINT PAUL, MINNESOTA  N/A | Ft. 5  In. 7 | 189 | ☐ Male  ☒ Female  ☐ Non-Binary | Month █ Day █ Year 1995 |

| 16. Social Security Number (optional, but will help prevent misidentification)  ██████ | 17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable) |
|---|---|

| 18.a. Ethnicity | 18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.) |
|---|---|
| ☐ Hispanic or Latino  ☒ Not Hispanic or Latino | ☐ American Indian or Alaska Native   ☒ Black or African American   ☐ White  ☐ Asian   ☐ Native Hawaiian or Other Pacific Islander |

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☒ United States of America (U.S.A)   ☐ Other Country/Countries (Specify): **N/A**

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#): **N/A**

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?  **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☒ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. Are you a fugitive from justice? | ☐ | ☒ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?  **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

Previous Editions Are Obsolete

Page 1 of 6

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

**01102**

| | Yes | No |
|---|---|---|
| f. Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | ☐ | ☒ |
| g. Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☒ |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☒ |
| j. Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☒ |
| 21.l.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☒ |
| 21.l.2. If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| *S. M____* | Month 3 | Day 12 | Year 2022 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

**24. Category of firearm(s) to be transferred (check or mark all that apply):**

☒ Handgun ☐ Long Gun (rifle or shotgun) ☐ Other Firearm (frame, receiver, etc.)

**25. If sale or transfer is at a qualifying gun show or event:**

Name of Function: **N/A**

City, State: **N/A**

**26.a. Identification** (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| **AZ DRIVERS LICENSE** | ▓▓▓▓▓ | 02 | 17 | 2060 |

**26.b. Supplemental Government Issued Documentation** (if identification document does not show current residence address or full legal name)

**N/A**

**26.c. Official Military Orders Establishing Permanent Change of Station (PCS):**

| PCS Base/City and State: | PCS Effective Date: | PCS Order Number (if any): |
|---|---|---|

**26.d. Exception to the Nonimmigrant Alien Prohibition:** If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

**N/A**

**27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency:**

| Month 3 | Day 12 | Year 2022 |
|---|---|---|

**27.b. The NICS or State transaction number (if provided) was:**

102DLXMD3

**27.c. The response initially provided by NICS or the appropriate State agency was:**

☒ Proceed  ☐ Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]
☐ Denied
☐ Cancelled _____

**27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:**

☐ Proceed _____ (date)  ☐ Overturned
☐ Denied _____ (date)
☐ Cancelled _____ (date)
☐ No response was provided within 3 business days.

**27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:**

_____ (date). ☐ Proceed ☐ Denied ☐ Cancelled

**27.f. Name and Brady identification number of the NICS examiner. (optional)**

_____ (name) _____ (number)

**27.g. Name of FFL Employee Completing NICS check. (optional)**

**28.** ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

---

Page 2 of 6    **STAPLE IF PAGES BECOME SEPARATED**    ATF Form 4473 (5300.9) Revised May 2020

**01103**

29. ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

**I certify that all of my responses in Section B of this form are still true, correct, and complete.**

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |

## Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| N/A | AMMO A-Z/ZEUS ARMS 2005 W DEERVALLEY RD SUITE #103 PHOENIX, AZ 85027 FFL # 9-86-013-07-3K-10573 |

**The Individual Transferring The Firearm(s) Must Complete Questions 34-36.**
**For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| FAITH GODFREY | | 3 | 12 | 2022 |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days**

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

**01104**

# AMMO AZ
**Thank you for shopping with us!**

**3/12/2022 11:24:53 AM**

1 Qty 736676164097 @650.00
RUGER 57                                                  650.00
S/N: 643-73902

1 Qty 736676032877 @299.00
RUGER EC9S                                                299.00
S/N: 461-70089

1 Qty 706397950750 @450.00
Springfield XD-S MOD2                                     450.00
S/N: BA567325

**AMMO**

1 Qty 818513003612 @45.00
FN America, 5.7mmX28mm V-Max 40 GR, 50 Rounds In Box        45.00

Subtotal                                                 1444.00
Tax                                                       124.19

# Total                                                  1568.19

**Cash**                                                 1568.19

**Change**                                                 31.81

**Loyal Customer: Shawntavia Maloney**

**Customer Phone: (602) 817-8215**

**Your Cashier Today was Faith G.**

**AAZ-POS2**

Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
Phone: (602) 331-4700
Email: bmurphy@ammoaz.com
Visit us at: AmmoAZ.com

**\*\*\*Duplicate Receipt\*\*\***



79296

**01111**

# Ex. G

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

| | Transferor's/Seller's Transaction Serial Number (if any) |
|---|---|
| **WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment. | 33770 |
| **Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.** | 109691 |

### Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. HS PRODUKT/SI | HELLCAT OSP | BA755737 | PISTOL | 9X19 |
| 2. | | | | |
| 3. | | | | |

| 6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)  ONE | 7. Check if any part of this transaction is a pawn redemption. ☐  Record Line Number(s) From Question 1: |
|---|---|
| | 8. Check if this transaction is to facilitate a private party transfer. ☐ |

### Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr. Sr, II, III) | First Name | Middle Name |
|---|---|---|
| MALONEY | SHAWNTAVIA | LEE |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| 4150 N 9TH ST APT 209 | PHOENIX | AZ | 85014 | MARICOPOA |

| 11. Place of Birth | 12. Height | 13. Weight (lbs.) | 14. Sex | 15. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country  SAINT PAUL MINNESOTA | Ft. ▮ In. ▮ | ▮ | ☐ Male  ☑ Female  ☐ Non-Binary | Month ▮ | Day ▮ | Year 1995 |

| 16. Social Security Number (optional, but will help prevent misidentification)  ▮ | 17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable) |
|---|---|

**18.a. Ethnicity**
☐ Hispanic or Latino
☑ Not Hispanic or Latino

**18.b. Race** (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native ☑ Black or African American ☐ White
☐ Asian ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A) ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☑ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| c. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| d. Are you a fugitive from justice? | ☐ | ☑ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☑ |

| | | | Yes | No |
|---|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | | ☐ | ☑ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | | ☐ | ☑ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | | ☐ | ☑ |
| k. | Are you an alien **illegally** or **unlawfully** in the United States? | | ☐ | ☑ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | | ☐ | ☑ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| *[signature]* | Month: March | Day: 12 | Year: 2022 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

**24. Category of firearm(s) to be transferred (check or mark all that apply):**

☑ Handgun  ☐ Long Gun (rifle or shotgun)  ☐ Other Firearm (frame, receiver, etc.)

**25. If sale or transfer is at a qualifying gun show or event:**

Name of Function: _____

City, State: _____

**26.a. Identification** (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| ARIZONA, DRIVER'S LICENSE | ███████ | Month: February | Day: 17 | Year: 2060 |

**26.b.** Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

**26.c.** Official Military Orders Establishing Permanent Change of Station (PCS):

PCS Base/City and State: _____  PCS Effective Date: _____  PCS Order Number (if any): _____

**26.d.** Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

**27.a.** Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency:

| Month | Day | Year |
|---|---|---|
| March | 12 | 2022 |

**27.b.** The NICS or State transaction number (if provided) was: 102DM2RTH

**27.c.** The response initially provided by NICS or the appropriate State agency was:

☑ Proceed  ☐ Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]  ☐ Denied  ☐ Cancelled

**27.d.** Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:

☐ Proceed _____ (date)  ☐ Overturned  ☐ Denied _____ (date)  ☐ Cancelled _____ (date)  ☐ No response was provided within 3 business days.

**27.e.** After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:

_____ (date).  ☐ Proceed  ☐ Denied  ☐ Cancelled

**27.f.** Name and Brady identification number of the NICS examiner. (optional)

_____ (name)  _____ (number)

**27.g.** Name of FFL Employee Completing NICS check. (optional)

**28.** ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

ATF Form 4473 (5300.9)
Revised May 2020

**01125**

**29.** ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

### Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

**I certify that all of my responses in Section B of this form are still true, correct, and complete.**

| 30. Transferee's/Buyer's Signature | 31. Recertification Date |  |  |
|---|---|---|---|
| | Month | Day | Year |

### Section E - Must Be Completed By Transferor/Seller

**32. For Use by Licensee**

**33.** Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used)

TOMBSTONE TACTICAL
10011 N METRO PKWY E
PHOENIX, AZ 85051

9-86-013-01-3J-07644

### The Individual Transferring The Firearm(s) Must Complete Questions 34-36.
### For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred |  |  |
|---|---|---|---|---|
| ANTHONY ALICEA | | Month | Day | Year |
| | | March | 12 | 2022 |

### REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

#### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/ buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

ATF Form 4473 (5300.9)
Revised May 2020

**01126**

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Multiple Sale or Other Disposition of Pistols and Revolvers

**(Please complete all information)**

| 1. Date of Report 03/12/2022 | 2a. Federal Firearms Licensee (FFL) Number 9-86-013-01-3J-07644 |
|---|---|

**2b. Trade/Coporate Name and Address** *(If you have complete information available on a rubber stamp, please place information here.)*

TOMBSTONE TACTICAL
10011 N METRO PKWY E
PHOENIX, AZ 85051

**2c.** Are any of the firearm(s) connected to another multiple sale? *(If yes, specify date)* See instruction 2. [✓] Yes [ ] No Date 03/08/2022

**2d.** If you sold these firearms at a gun show or other qualifying event, identify the event and provide a complete address of the event.

3. Any Combination of Pistols and Revolvers Disposed of to the Same Unlicensed Person at One Time or During Any Five Consecutive Business Days *(See Instruction 3.)*

| Type *(Pistol or revolver)* | Serial Number | Manufacturer | Model | Importer | Caliber | Transfer Date |
|---|---|---|---|---|---|---|
| REVOLVER | DPU7598 | SMITH & WESSON | 442-1 | | .38 S&W SI | 03/08/2022 |
| PISTOL | BA755737 | HS PRODUKT | HELLCAT C SI | | 9X19 | 03/12/2022 |
| PISTOL | BA755775 | HS PRODUKT | HELLCAT C SI | | 9X19 | 03/08/2022 |
| PISTOL | 643-59378 | RUGER | RUGER-57 | | 5.7 X 28 | 03/08/2022 |
| | | | | | | |
| | | | | | | |

4. Transferee's Name *(Last, first, middle)*

MALONEY, SHAWNTAVIA, LEE

5. Residence Address *(Number, street, city, county, state, zip code)*

4150 N 9TH STREET APT 209, PHOENIX, MARICOPA, ARIZONA, 85014

| 6. Sex Female | 7a. Ethnicity [ ] Hispanic or Latino [✓] Not Hispanic or Latino | 7b. Race *(Check one or more boxes.)* *(See instruction 5.)* [ ] American Indian or Alaska Native [✓] African American or Black [ ] White [ ] Asian [ ] Native Hawaiian or Other Pacific Islander | |
|---|---|---|---|

| 8. Identification Number ▮ | 9. Type of Identification *(ID)* DRIVER'S LICENSE NUMBER | 10. ID State AZ | 11. Date of Birth ▮1995 | 12. Place of Birth *(City, state, country)* SAINT PAUL, MINNESOTA, USA |
|---|---|---|---|---|

13. If the buyer of the firearms listed in item 4 is a person authorized to act on behalf of a corporation, company, association, partnership or other such business entity, you must complete the following, if applicable: *(See instruction 6.)*

**Name and Address of Business Entity**

14a. Identify the official designated by the State or local authorities where you, the FFL, will be forwarding Copy 2.

| PHOENIX POLICE DEPARTMENT | 302 E UNION HILLS DR, PHOENIX, AZ, 85024 |
|---|---|
| Name of Agency | Street Address, City, and State |

14b. Date Copy 2 was forwarded to Agency 03/12/2022

15. Additional Information Relating to the Transfer of the Firearms *(if applicable)*

| 16. Name of Employee Filling Out This Form KEVIN SHARP | Date 03/12/2022 |
|---|---|

Email form to **multiplehandgunsalesforms@atf.gov**.

01130

ATF E-Form 3310.4
Revised April 2019

**Tombstone Tactical**
PHOENIX ARCHIVE
10011 N Metro Pkwy E
Phoenix, AZ 85051
480-585-0878
www.tombstonetactical.com

------------------------------------------------------------

Sales Receipt

 12:30 pm

Sale Id:   POS 109691

Register Name:   Reg 4

------------------------------------------------------------

Invoice to:

Customer: SHAWNTAVIA MALONEY

Address : 4150 N 9TH ST APT 209

PHOENIX ARIZONA, 85014

Phone Number : (

E-Mail :

------------------------------------------------------------

Item Name

| | Price | Qty | Total |
|---|---|---|---|
| **Springfield Hellcat OSP 9mm 3" W/ NOTEBOOK, 3 -15rd Mags**<br>Serial #'s: BA755737 | | | |
| | $499.98 | 1 | $499.98 |

| | | |
|---|---|---|
| Sub Total | | $499.98 |
| 8.600% Sales Tax | | $43.00 |
| Total | | $542.98 |
| Number of items sold | | 1 |
| 03/12/2022 12:30 pm | Cash | $600.00 |
| Amount Due | | -$57.02 |

Firearms, Ammunition, and Optic sales are final. No returns. Other items are returnable in new, unopened condition within 30 days of purchase with original receipt.

Signature _____

**01134**

# Ex. H

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

AM | c
~ RH

OMB No. 1140-0020

**Firearms Transaction Record**

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

**Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.**

Transferor's/Seller's Transaction Serial Number (if any)

**117-2022-2027**

### Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. SPRINGFIELD CROATIA / SPRINGFIELD USA | HELLCAT | BA659553 | Pistol | 9MM LUGER |
| 2. FN BELGIUM / FNH USA | FIVE-SEVEN | 386417606 | Pistol | 5.7X28MM |
| 3. ///////// | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

**two**

7. Check if any part of this transaction is a pawn redemption. ☐
   Record Line Number(s) From Question 1:

8. Check if this transaction is to facilitate a private party transfer. ☐

### Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| Maloney | Shawntavia | Lee |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| 4150 N 9th Street Apt 209 | Phoenix | AZ | 85014 | Maricopa |

| 11. Place of Birth | 12. Height | 13. Weight (lbs.) | 14. Sex | 15. Birth Date |
|---|---|---|---|---|
| U.S. City **and** State -OR- Foreign Country: Saint Paul, MN | Ft. 5 In. 7 | 189 | ☐ Male ☒ Female ☐ Non-Binary | Month ▓ Day ▓ Year 1995 |

16. Social Security Number (optional, but will help prevent misidentification)
▓▓▓▓

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity
☐ Hispanic or Latino
☒ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native   ☒ Black or African American   ☐ White
☐ Asian   ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☒ United States of America (U.S.A)   ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☒ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. Are you a fugitive from justice? | ☐ | ☒ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

Previous Editions Are Obsolete

Page 1 of 6

STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9)
Revised May 2020

01112

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | ☐ | ☒ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☒ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☒ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| | Month 03 | Day 12 | Year 2022 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

**24. Category of firearm(s) to be transferred (check or mark all that apply):**

☒ Handgun  ☐ Long Gun (rifle or shotgun)  ☐ Other Firearm (frame, receiver, etc.)

**25. If sale or transfer is at a qualifying gun show or event:**

Name of Function: _____

City, State: _____

**26.a. Identification** (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| AZ Driver's License | ▮▮▮▮▮ | 02 | 17 | 2060 |

**26.b. Supplemental Government Issued Documentation** (if identification document does not show current residence address or full legal name)

**26.c. Official Military Orders Establishing Permanent Change of Station (PCS):**

PCS Base/City and State: _____ | PCS Effective Date: _____ | PCS Order Number (if any): _____

**26.d. Exception to the Nonimmigrant Alien Prohibition:** If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 03 | Day 12 | Year 2022 | 102DLT5GC |

**27.c. The response initially provided by NICS or the appropriate State agency was:**

☒ Proceed  ☐ Denied  ☐ Cancelled

☐ Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]

**27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:**

☐ Proceed _____ (date)  ☐ Overturned
☐ Denied _____ (date)
☐ Cancelled _____ (date)
☐ No response was provided within 3 business days.

**27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:**

_____ (date).  ☐ Proceed  ☐ Denied  ☐ Cancelled

**27.f. Name and Brady identification number of the NICS examiner.** (optional)

_____ (name)  _____ (number)

**27.g. Name of FFL Employee Completing NICS check.** (optional)

**28.** ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

STAPLE IF PAGES BECOME SEPARATED  ATF Form 4473 (5300.9) Revised May 2020

01113

**29.** ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

**I certify that all of my responses in Section B of this form are still true, correct, and complete.**

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |

## Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| Phone:602-817-8215 Email:shawntaviamaloney@gmail.com | 9-86-00926<br>Sportsman's Warehouse 117<br>19205 N 27th Avenue<br>Phoenix, AZ 85027 |

**The Individual Transferring The Firearm(s) Must Complete Questions 34-36.**
**For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| Andrew Mercado | *Andrew Mercado* | 03 | 12 | 2022 |

**REMINDER** - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

01114

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Multiple Sale or Other Disposition of Pistols and Revolvers

*(Please complete all information)*

| 1. Date of Report | 2a. Federal Firearms Licensee *(FFL)* Number |
|---|---|
| 3/12/2022 | 9-86-00926 |

2b. Trade or Corporate Name and Full Address *(If you have complete information available on a rubber stamp, please place information here.)*

Sportsman's Warehouse 117
19205 N 27th Avenue
Phoenix, AZ  85027

2c. Are any of the firearm*(s)* connected to another multiple sale? *(If yes, specify date.) (See instruction 2.)*  ☐ Yes  ☒ No  Date _____

2d. If you sold these firearms at a gun show or other qualifying event, identify the event and provide a complete address of the event.

N/A

3. Any combination of pistols and revolvers disposed of to the same unlicensed person at one time or during any five consecutive business days. *(See instruction 3.)*

| Manufacturer | Importer *(if any)* | Model | Serial Number | Type *(pistol or revolver)* | Caliber | Date Transferred |
|---|---|---|---|---|---|---|
| SPRINGFIELD CROATIA | SPRINGFIELD USA | HELLCAT | BA659553 | Pistol | 9MM LUGER | 03/12/2022 |
| FN BELGIUM | FNH USA | FIVE-SEVEN | 386417606 | Pistol | 5.7X28MM | 03/12/2022 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4. Transferee's Name *(Last, First, Middle)*

Maloney, Shawntavia, Lee

5. Full Residential Address *(Number, Street, City, County, State, ZIP Code)*

4150 N 9th Street Apt 209
Phoenix, AZ 85014
Maricopa

| 6. Sex | 7a. Ethnicity | 7b. Race *(Check one or more boxes.) (See instruction 5.)* |
|---|---|---|
| Female | ☐ Hispanic or Latino  ☒ Not Hispanic or Latino | ☐ American Indian or Alaska Native  ☒ African American or Black  ☐ White  ☐ Asian  ☐ Native Hawaiian or Other Pacific Islander |

| 8. Identification Number | 9. Type of Identification *(ID)* | 10. ID State | 11. Date of Birth | 12. Place of Birth *(City, State, Country)* |
|---|---|---|---|---|
| ▮▮▮▮▮ | Driver's License | AZ | ▮▮▮ 1995 | Saint Paul, MN  United States |

13. If the buyer of the firearms listed in Item 4 is a person authorized to act on behalf of a corporation, company, association, partnership or other such business entity, you must complete the following, if applicable: *(See instruction 6.)*

**Name and Full Address of Business Entity**

14a. Identify the official designated by the State or local authorities where you, the FFL, will be forwarding Copy 2.

| Phoenix Police Department ATTN:HDB | 620 W. Washington  Phoenix, AZ 85003 |
|---|---|
| Name of Agency | Full Street Address, City, and State |

14b. Date Copy 2 was forwarded to Agency   3/12/2022

15. Additional Information Relating to the Transfer of the Firearms *(if applicable)*

| 16. Name of Employee Filling Out This Form | 17. Date This Form Was Completed |
|---|---|
| Robert Holbert | 3/12/2022 |

**Email form to multiplehandgunsalesforms@atf.gov.**

01116

03-29-22      Phoenix      Page #: 1      TOMAX
1:42 PM     TRANSACTION DETAIL REPORT
FOR Mar 12 2022

Site #:  117  Sportsman's Whse Phoenix

```
      SPORTSMAN'S WHSE PHOENIX
        19205 N 27TH AVENUE
        PHOENIX, AZ 85027
           623-516-1400
```

Customer Name:     SHAWNTAVIA MALONEY
Customer Id:     0117-5080107

```
1690561  SA HELLCAT 9MM OSP   579.99  T
Serial#:
BA659553
1703564  FN FIVE-SVN 5.7X28  1199.99  T
Serial#:
386417606

SUBTOTAL                      1779.98
Sales Tax @ 8.600%             153.08
TOTAL                         1933.06

CASH                          2000.00
CHANGE                          66.94-

Tran Code: 04L 1E7F 001 00BE

AMERCADO                       1 # 11
Register: REG1    Mar 12 2022 10:43 AM
```

```
    Thank you for shopping at
      SPORTSMANS WAREHOUSE!

         PLEASE NOTE:
   We have updated our return policy,
        which is available at
      www.sportsmans.com\/returns
This updated policy replaces the policy
 printed on the back of this receipt.

        Did you get
        5 points per
       $1 spent today?
  If not, apply for an Explorewards
 credit card and start earning points
        for free gear!
```

01118

Site #:  117  Sportsman's Whse Phoenix

**01119**

------------- RECEIPT CUT -------------

----------------------------------------------

Employee: AMERCADO          Transaction #:  11
Register: REG1    Cashbox:  559   Mar 12 2022 10:41 AM

| SKU # | Description | Quantity | Amount | |
|-------|-------------|----------|--------|---|
| CUSTOMER 0117-5080107 | | | | |
| Birthday Validation | | | | |
| 001690561 | SA HELLCAT 9MM O | 1 | 579.99 | T |
| | UPC# 706397943950 | | | |
| | Serial #BA659553 | | | |
| 001703564 | FN FIVE-SVN 5.7X | 1 | 1,199.99 | T |
| | UPC# 845737013547 | | | |
| | Serial #386417606 | | | |
| | CASH | | 2,000.00 | |
| | SUBTOTAL | | 1,779.98 | |
| | TAX | | 153.08 | |
| | TOTAL | | 1,933.06 | |
| | CHANGE | | 66.94- | |

Tran Code: 04L 1E7F 001 00BE

**01119**

# Ex. I

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

| | Transferor's/Seller's Transaction Serial Number (if any) |
|---|---|
| **WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment. | |
| **Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.** | 16484 |

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. GLOCK/NONE | G27 | FPT658 | PISTOL | .40S&W |
| 2. GLOCK/NONE | G27 | AGCE900 | PISTOL | .40S&W |
| 3. RUGER/NONE | EC9S | 461-66566 | PISTOL | 9MM |

| 6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)  **Six** | 7. Check if any part of this transaction is a pawn redemption.  ☐  Record Line Number(s) From Question 1: |
|---|---|
| | 8. Check if this transaction is to facilitate a private party transfer. ☐ |

## Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) MALONEY | First Name SHAWNTAVIA | Middle Name LEE |
|---|---|---|

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address 4150 N 9TH ST APT 209 | City PHOENIX | State AZ | ZIP Code 85014 | County/Parish/Borough MARICOPA |
|---|---|---|---|---|

| 11. Place of Birth  U.S. City **and** State   -OR-   Foreign Country  SAINT PAUL, MINNESOTA         N/A | 12. Height Ft. ▮ In. ▮ | 13. Weight (lbs.) ▮ | 14. Sex ☐ Male ☒ Female ☐ Non-Binary | 15. Birth Date  Month ▮  Day ▮  Year 1995 |
|---|---|---|---|---|

| 16. Social Security Number (optional, but will help prevent misidentification)  ▮▮▮ | 17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable) |
|---|---|

18.a. Ethnicity
☐ Hispanic or Latino
☒ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native   ☒ Black or African American   ☐ White
☐ Asian   ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☒ United States of America (U.S.A)   ☐ Other Country/Countries (Specify): **N/A**

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#): **N/A**

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☒ | ☐ |
| b. Are you under indictment or information in any court for a **felony,** or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. Have you ever been convicted in any court, including a military court, of a **felony,** or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. Are you a fugitive from justice? | ☐ | ☒ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

Previous Editions Are Obsolete

Page 1 of 6

STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9)
Revised May 2020

01135

|     |     | Yes | No |
|-----|-----|-----|-----|
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | ☐ | ☒ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☒ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☒ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| | Month 3 | Day 22 | Year 2022 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

| 24. Category of firearm(s) to be transferred (check or mark all that apply): | 25. If sale or transfer is at a qualifying gun show or event: |
|---|---|
| ☒ Handgun ☐ Long Gun (rifle or shotgun) ☐ Other Firearm (frame, receiver, etc.) | Name of Function: **N/A** <br> City, State: **N/A** |

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month 02 | Day 17 | Year 2060 |
| **AZ DRIVERS LICENSE** | ▓▓▓▓▓ | | | |

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

**N/A**

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):

| PCS Base/City and State: | PCS Effective Date: | PCS Order Number (if any): |
|---|---|---|

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

**N/A**

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 3 — Day 22 — Year 2022 | 102F0LWP5 |

| 27.c. The response initially provided by NICS or the appropriate State agency was: | 27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency: |
|---|---|
| ☒ Proceed ☐ Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)] <br> ☐ Denied <br> ☐ Cancelled | ☐ Proceed _____ (date)   ☐ Overturned <br> ☐ Denied _____ (date) <br> ☐ Cancelled _____ (date) <br> ☐ No response was provided within 3 business days. |

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:

_____ (date).   ☐ Proceed   ☐ Denied   ☐ Cancelled

| 27.f. Name and Brady identification number of the NICS examiner. (optional) | 27.g. Name of FFL Employee Completing NICS check. (optional) |
|---|---|
| _____ (name)   _____ (number) | |

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

Page 2 of 6         **STAPLE IF PAGES BECOME SEPARATED**         ATF Form 4473 (5300.9)<br>Revised May 2020

**01136**

**29.** ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

**I certify that all of my responses in Section B of this form are still true, correct, and complete.**

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |

## Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| N/A | AMMO A-Z/ZEUS ARMS 2005 W DEERVALLEY RD SUITE #103 PHOENIX, AZ 85027 FFL # 9-86-013-07-3K-10573 |

### The Individual Transferring The Firearm(s) Must Complete Questions 34-36.
### For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| J HYDORN | | 3 | 22 | 2022 |

### REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised May 2020

01137

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record
# Continuation Sheet

This form is a continuation of Section A of the attached ATF Form 4473 and is completed by the transferor/seller. When completed, this attachment is incorporated into and made part of the ATF Form 4473. **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2.** PLEASE PRINT

| Transferor's/Seller's Transaction Serial Number (if any) | Date Transferred (if any) | | |
| --- | --- | --- | --- |
| | Month | Day | Year |
| 16484 | 3 | 22 | 2022 |

### Transferee's/Buyer's

| Last Name | First Name | Middle Name |
| --- | --- | --- |
| MALONEY | SHAWNTAVIA | LEE |

### Section A - Must Be Completed By Transferor /Seller Before Transferee/Buyer Completes Section B

| | 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
| --- | --- | --- | --- | --- | --- |
| 4. | SPRINGFIELD/NONE | HELLCAT | BB177087 | PISTOL | 9MM |
| 5. | RUGER/NONE | 57 | 643-35900 | PISTOL | 5.7X28MM |
| 6. | RUGER/NONE | 57 | 643-72737 | PISTOL | 5.7X28MM |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |

REMINDER- By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

# AMMO AZ

**Thank you for shopping with us!**

**3/22/2022 10:56:54 AM**

| | |
|---|---:|
| 1 Qty 764503001277 @499.00<br>GLOCK G27<br>S/N: AGCE900 | **499.00** |
| 1 Qty USDGLK273 @450.00<br>GLOCK G27<br>S/N: FPT658 | **450.00** |
| 1 Qty 736676164011 @609.00<br>RUGER 57<br>S/N: 643-35900 | **609.00** |
| 1 Qty 736676164097 @650.00<br>RUGER 57<br>S/N: 643-72737 | **650.00** |
| 1 Qty 736676032853 @299.00<br>RUGER EC9S<br>S/N: 461-66566 | **299.00** |
| 1 Qty 706397929466 @499.00<br>Springfield HELLCAT<br>S/N: BB177087 | **499.00** |

**AMMO**

| | |
|---|---:|
| 2 Qty 818513003612 @45.00<br>FN America, 5.7mmX28mm V-Max 40 GR, 50 Rounds In Box | **90.00** |
| Subtotal | 3096.00 |
| Tax | 266.28 |

| | |
|---|---:|
| **Total** | **3362.28** |
| **Cash** | 3362.28 |
| **Change** | 37.72 |

**Loyal Customer: Shawntavia Maloney**

**Customer Phone:** █████████

**Your Cashier Today was Jason H.**

**AAZ-POS4**

Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
Phone: (602) 331-4700
Email: bmurphy@ammoaz.com
Visit us at: AmmoAZ.com

**\*\*\*Duplicate Receipt\*\*\***

80237

01142