# Ex. J



**FEDERAL LICENSING SYSTEM**

**License Registration Report**

03-FEB-2025

Time

17:06:23

| License Number: | 9 | 86 | 013 | 07 | 6K | 10573 |

**Application ID:** 2819644

**Special Attention Flags**

4     SPECIAL OCCUPATIONAL TAXPAYER

M     WARNING LETTER SENT

| Application Type | Disposition | Status |
|---|---|---|
| FORM 7 | LICENSE ISSUED | ACTIVE |

| Add Date | Change Date | Original Issue Date | Expiration Date | Renewal Receive Date | Renewal Date |
|---|---|---|---|---|---|
| 09/25/2017 | 06/25/2024 | 09/25/2017 | 10/01/2026 | | 07/28/2023 |

| Inspection Date | Business Type | Wholesale Indicator | Storage |
|---|---|---|---|
| 05/16/2023 | S | | |

| Division | Area Office |
|---|---|
| PHOENIX | PHOENIX III |

| EIN | Licensee/Permittee | Business Name |
|---|---|---|
| 831417543 | AMMO A-Z LLC | AMMO A-Z/ZEUS ARMS |

Voice Phone: (602) 331-4700     Fax Phone: (800) 853-6710

**Premises Address**

Street: 5350 WEST BELL RD #115

City: GLENDALE     State: AZ     Zip Code: 85308

County Code: 013     County Name: MARICOPA

**Mailing Address**

Street: 5350 WEST BELL RD #115

City: GLENDALE     State: AZ     Zip Code: 85308

01375



**FEDERAL LICENSING SYSTEM**

**License Registration Report**

03-FEB-2025

Time

17:04:37

| License Number: | 9 | 86 | 013 | 01 | 7B | 00926 |
|---|---|---|---|---|---|---|

**Application ID:**   1711484

**Special Attention Flags**

1          DEMAND LETTER 3

| **Application Type** | **Disposition** | **Status** |
|---|---|---|
| FORM 7 | LICENSE ISSUED | ACTIVE |

| **Add Date** | **Change Date** | **Original Issue Date** | **Expiration Date** | **Renewal Receive Date** | **Renewal Date** |
|---|---|---|---|---|---|
| 07/31/2003 | 01/03/2024 | 07/31/2003 | 02/01/2027 | | 01/03/2024 |

| **Inspection Date** | **Business Type** | **Wholesale Indicator** | **Storage** |
|---|---|---|---|
| 11/23/2021 | S | | |

**Division**

PHOENIX

**Area Office**

PHOENIX III

| **EIN** | **Licensee/Permittee** | **Business Name** |
|---|---|---|
| | SPORTSMAN'S WAREHOUSE INC | SPORTSMAN'S WAREHOUSE 117 |

**Voice Phone:** (308) 833-7400          **Fax Phone:** (623) 516-1405

**Premises Address**

Street: 19205 NORTH 27TH AVE

City: PHOENIX          State: AZ          Zip Code: 85027

County Code: 013     County Name:     MARICOPA

**Mailing Address**

Street: ██████████████

City: WEST JORDAN          State: UT          Zip Code: 84088

<span style="color:red">**01379**</span>



**FEDERAL LICENSING SYSTEM**

**License Registration Report**

03-FEB-2025

Time

17:00:59

**License Number:** 9   86   013   01   7C   15971

**Application ID:** 4257122

**Special Attention Flags**

4     SPECIAL OCCUPATIONAL TAXPAYER

| Application Type | Disposition | | Status |
|---|---|---|---|
| FORM 7 | LICENSE ISSUED | | ACTIVE |

| Add Date | Change Date | Original Issue Date | Expiration Date | Renewal Receive Date | Renewal Date |
|---|---|---|---|---|---|
| 02/19/2021 | 10/04/2024 | 02/19/2021 | 03/01/2027 | | 01/24/2024 |

| Inspection Date | Business Type | Wholesale Indicator | Storage |
|---|---|---|---|
| 02/10/2021 | S | | |

**Division**
PHOENIX

**Area Office**
PHOENIX III

| EIN | Licensee/Permittee | Business Name |
|---|---|---|
| 464157297 | AZ TTI LLC | TOMBSTONE TACTICAL |

**Voice Phone:** (480) 565-6615      **Fax Phone:**

**Premises Address**

Street: 10005 N METRO PKWY E
City: PHOENIX      State: AZ     Zip Code: 85051
County Code: 013   County Name: MARICOPA

**Mailing Address**

Street: 10005 N METRO PKWY E
City: PHOENIX      State: AZ     Zip Code: 85051

**01399**

# Ex. K

| Title of Investigation: MALONEY, Shawntavia Lee, et. al | Investigation Number: 785115-22-0056 | Report Number: 5 |
| --- | --- | --- |

## SUMMARY OF EVENT:

On April 6, 2022, SA Schorr confirmed MALONEYS' dates of residency at the apartment complex, Madison Pointe, located at ▮▮ N. 9th St., Phoenix, AZ 85014.

## NARRATIVE:

1. On April 6, 2022, SA Schorr went to the Madison Pointe apartment complex, located at ▮▮ N. 9th St., Phoenix, AZ 85014. On ATF Form 4473's completed by MALONEY between the dates of February 8, 2022 and March 22, 2022, she listed ▮▮ N. 9th, Apt. 209, Phoenix, AZ 85014 as the location of her residency.

2. SA Schorr made contact with Madison Pointe leasing office employees. Leasing office employees confirmed that MALONEY was a tenant at the location. MALONEY rented apartment 209 between the dates of September 27, 2016 and February 28, 2022.

## ATTACHMENTS:
- Tenant Ledger for MALONEY at Madison Pointe

| Prepared by: Erin A. Schorr | Title: Special Agent, Phoenix VII Field Office | Signature: | Date: 04/07/22 |
| --- | --- | --- | --- |
| Authorized by: Kevin P. Funke | Title: Group Supervisor, Phoenix VII Field Office | Signature: | Date: 4/7/22 |
| Second level reviewer (optional): P. . | Title: Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

000680

# Resident Ledger

## Dunlap&Magee

**Date: 04/06/2022**

| Code | ▓▓▓ | Property | mad | Lease From | 09/01/2018 |
|------|-----|----------|-----|-----------|-----------|
| Name | Shawntavia Maloney | Unit | 209 | Lease To | 08/31/2019 |
| Address | Madison Pointe | Status | Past | Move In | 09/27/2016 |
| | ▓ N. 9th Street | Rent | 778.00 | Move Out | 02/28/2022 |
| City | Phoenix, AZ 85014 | Phone (H) | | Phone (W) | (602) 817-8215 |

| Date | Chg Code | Description | Charge | Payment | Balance | Chg/Rec |
|------|----------|-------------|--------|---------|---------|---------|
| 09/27/2016 | rent | Rent for 4 days | 71.73 | | 71.73 | 499843 |
| 09/27/2016 | deposit | security deposit | 200.00 | | 271.73 | 532693 |
| 09/27/2016 | deposit | Security Deposit | 100.00 | | 371.73 | 534679 |
| 10/01/2016 | rent | Tenant Rent (10/2016) | 538.00 | | 909.73 | 506562 |
| 10/05/2016 | | chk# ▓▓▓ :CHECKscan Payment NSFed by ctrl# 442381 NSF | | 538.00 | 371.73 | 439534 |
| 10/12/2016 | nsf | Returned check charge | 25.00 | | 396.73 | 515296 |
| 10/12/2016 | | chk# ▓ NSF receipt Ctrl# 439534 | | (538.00) | 934.73 | 442381 |
| 10/18/2016 | | chk#▓▓▓ :CHECKscan Payment | | 130.00 | 804.73 | 444216 |
| 10/18/2016 | | chk#▓▓▓ :CHECKscan Payment | | 220.00 | 584.73 | 444217 |
| 10/21/2016 | late-te | 7 days of late fees | 70.00 | | 654.73 | 517865 |
| 10/25/2016 | | chk# 7135 | | 363.00 | 291.73 | 445208 |
| 11/01/2016 | rent | Tenant Rent (11/2016) | 538.00 | | 829.73 | 521044 |
| 11/03/2016 | | chk# ▓▓▓ :CHECKscan Payment | | 110.00 | 719.73 | 453973 |
| 11/03/2016 | | chk# ▓▓▓ :CHECKscan Payment | | 500.00 | 219.73 | 453974 |
| 11/10/2016 | | chk# ▓▓▓ :CHECKscan Payment | | 200.00 | 19.73 | 458012 |
| 11/18/2016 | | chk# ▓▓▓ :CHECKscan Payment | | 100.00 | (80.27) | 460023 |
| 12/01/2016 | rent | Tenant Rent (12/2016) | 538.00 | | 457.73 | 540404 |
| 12/06/2016 | legal-te | 5 day notice | 25.00 | | 482.73 | 549209 |
| 12/09/2016 | late-te | late fees | 40.00 | | 522.73 | 549210 |
| 12/09/2016 | | chk#▓▓▓ :CHECKscan Payment | | 103.00 | 419.73 | 473397 |
| 12/09/2016 | | chk#▓▓▓ :CHECKscan Payment | | 500.00 | (80.27) | 473398 |
| 01/01/2017 | rent | Tenant Rent (01/2017) | 538.00 | | 457.73 | 558730 |
| 01/03/2017 | | chk# ▓▓▓ :CHECKscan Payment | | 38.00 | 419.73 | 481343 |
| 01/03/2017 | | chk# ▓▓▓ :CHECKscan Payment | | 500.00 | (80.27) | 481344 |
| 02/01/2017 | rent | Tenant Rent (02/2017) | 538.00 | | 457.73 | 580386 |
| 02/03/2017 | | chk# ▓▓▓ :CHECKscan Payment | | 500.00 | (42.27) | 501673 |
| 02/03/2017 | | chk# ▓▓▓ :CHECKscan Payment | | 38.00 | (80.27) | 501674 |
| 03/01/2017 | rent | Tenant Rent (03/2017) | 538.00 | | 457.73 | 595907 |
| 03/06/2017 | | chk# ▓▓▓ :CHECKscan Payment | | 270.00 | 187.73 | 519587 |
| 03/06/2017 | | chk# ▓▓▓ :CHECKscan Payment | | 269.00 | (81.27) | 519588 |

| Date | Type | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 04/01/2017 | rent | Adj rent to = $530 | (8.00) | | 448.73 | 615766 |
| 04/04/2017 | | chk# ▮▮▮ :CHECKscan Payment | | 265.00 | 183.73 | 534570 |
| 04/04/2017 | | chk# ▮▮▮ :CHECKscan Payment | | 265.00 | (81.27) | 534571 |
| 05/01/2017 | rent | Tenant Rent (05/2017) | 530.00 | | 448.73 | 626606 |
| 05/06/2017 | legal-te | 5 day notice | 25.00 | | 473.73 | 644281 |
| 05/10/2017 | late-te | late fees | 50.00 | | 523.73 | 644280 |
| 05/31/2017 | | chk# ▮▮▮ :CHECKscan Payment | | 500.00 | 23.73 | 558225 |
| 05/31/2017 | | chk# ▮▮▮ :CHECKscan Payment | | 100.00 | (76.27) | 558226 |
| 06/01/2017 | rent | Tenant Rent (06/2017) | 530.00 | | 453.73 | 648445 |
| 06/07/2017 | legal-te | 5 Day Notice | 25.00 | | 478.73 | 652134 |
| 06/07/2017 | late-te | Late Fee's | 20.00 | | 498.73 | 652135 |
| 06/07/2017 | | chk# ▮▮▮ CHECKscan Payment | | 500.00 | (1.27) | 566573 |
| 07/01/2017 | rent | Tenant Rent (07/2017) | 530.00 | | 528.73 | 664322 |
| 07/21/2017 | | chk# ▮▮▮ | | 300.00 | 228.73 | 584707 |
| 07/24/2017 | | chk# ▮▮▮ | | 385.00 | (156.27) | 584977 |
| 08/01/2017 | rent | Tenant Rent (08/2017) | 530.00 | | 373.73 | 676960 |
| 09/01/2017 | rent | Tenant Rent (09/2017) | 530.00 | | 903.73 | 699824 |
| 09/13/2017 | | chk# ▮▮▮ | | 5.00 | 898.73 | 615635 |
| 09/15/2017 | | chk# ▮▮▮ | | 503.73 | 395.00 | 615031 |
| 09/15/2017 | | chk# ▮▮▮ | | 400.00 | (5.00) | 615032 |
| 09/22/2017 | locks | Mailbox Key | 5.00 | | 0.00 | 707025 |
| 10/01/2017 | rent | Tenant Rent (10/2017) | 530.00 | | 530.00 | 715473 |
| 10/21/2017 | late | late from 10/1-10/21 | 160.00 | | 690.00 | 737802 |
| 11/01/2017 | rent | Tenant Rent (11/2017) | 530.00 | | 1,220.00 | 735824 |
| 11/02/2017 | | chk# 122811 | | 690.00 | 530.00 | 641209 |
| 12/01/2017 | rent | Tenant Rent (12/2017) | 530.00 | | 1,060.00 | 753475 |
| 01/01/2018 | rent | Tenant Rent (01/2018) | 530.00 | | 1,590.00 | 764646 |
| 01/25/2018 | | chk# 20765103825 | | 530.00 | 1,060.00 | 680593 |
| 02/01/2018 | rent | Tenant Rent (02/2018) | 530.00 | | 1,590.00 | 788941 |
| 02/06/2018 | | chk# ▮▮▮ | | 400.00 | 1,190.00 | 692726 |
| 02/16/2018 | | chk# ▮▮▮ | | 300.00 | 890.00 | 696166 |
| 02/22/2018 | | chk# ▮▮▮ | | 890.00 | 0.00 | 697412 |
| 03/01/2018 | rent | Tenant Rent (03/2018) | 530.00 | | 530.00 | 804501 |
| 03/06/2018 | | chk# ▮▮▮ | | 530.00 | 0.00 | 708840 |
| 04/01/2018 | rent | Tenant Rent (04/2018) | 530.00 | | 530.00 | 820988 |
| 04/05/2018 | late-te | Late fees for April | 80.00 | | 610.00 | 825594 |
| 04/06/2018 | | chk# ▮▮▮ | | 280.00 | 330.00 | 725981 |
| 04/13/2018 | tax | Tax on late fees for April | 1.84 | | 331.84 | 828188 |
| 04/13/2018 | | chk# ▮▮▮ | | 250.00 | 81.84 | 728612 |
| 04/13/2018 | | chk# ▮▮▮ | | 81.84 | 0.00 | 728613 |
| 05/01/2018 | rent | Tenant Rent (05/2018) | 530.00 | | 530.00 | 841195 |
| 05/14/2018 | late-te | Late fees for May with taxes 2.3% | 51.15 | | 581.15 | 845713 |
| 05/14/2018 | | chk# ▮▮▮ | | 580.00 | 1.15 | 744605 |
| 06/01/2018 | rent | Tenant Rent (06/2018) | 530.00 | | 531.15 | 859031 |
| 06/21/2018 | late | late fees thru 6/21 | 160.00 | | 691.15 | 867083 |
| 06/21/2018 | | chk# ▮▮▮ | | 190.00 | 501.15 | 764004 |

000682

| Date | Type | Description | Charge | Payment | Balance | Ref# |
|---|---|---|---|---|---|---|
| 06/25/2018 | | chk# 8004 payment from Pilgrim Rest Foundati... | | 500.00 | 1.15 | 764089 |
| 07/01/2018 | rent | Tenant Rent ██████ | 530.00 | | 531.15 | 869480 |
| 07/17/2018 | late | late fees thru 7/19 | 140.00 | | 671.15 | 883743 |
| 07/17/2018 | | chk# ██ | | 565.00 | 106.15 | 779318 |
| 07/24/2018 | | chk# ██ | | 96.15 | 10.00 | 780851 |
| 08/01/2018 | rent | Tenant Rent (08/2018) | 530.00 | | 540.00 | 889697 |
| 09/01/2018 | rent | Tenant Rent (09/2018) | 579.00 | | 1,119.00 | 907286 |
| 09/13/2018 | | chk# 2490 | | 200.00 | 919.00 | 812522 |
| 10/01/2018 | rent | Tenant Rent (10/2018) | 579.00 | | 1,498.00 | 924037 |
| 10/01/2018 | | chk# ██ | | 257.00 | 1,241.00 | 819402 |
| 10/22/2018 | | chk# ██ | | 195.00 | 1,046.00 | 830260 |
| 11/01/2018 | rent | Tenant Rent (11/2018) | 579.00 | | 1,625.00 | 946446 |
| 11/07/2018 | | chk# ██ | | 500.00 | 1,125.00 | 843384 |
| 11/08/2018 | | chk# ██ | | 200.00 | 925.00 | 844344 |
| 11/16/2018 | | chk# ██ | | 400.00 | 525.00 | 845676 |
| 12/01/2018 | rent | Tenant Rent (12/2018) | 579.00 | | 1,104.00 | 965034 |
| 12/01/2018 | | chk# 3306 | | 355.00 | 749.00 | 853101 |
| 01/01/2019 | rent | Tenant Rent (01/2019) | 579.00 | | 1,328.00 | 980265 |
| 01/01/2019 | late | Late fees thru 12/19 | 140.00 | | 1,468.00 | 985555 |
| 01/01/2019 | legal | 5 day notice fee December | 50.00 | | 1,518.00 | 985557 |
| 01/04/2019 | | chk# ██ | | 190.00 | 1,328.00 | 867776 |
| 01/04/2019 | | chk# ██ 4789 | | 200.00 | 1,128.00 | 867777 |
| 01/16/2019 | | chk# 123407 Check date: 12/28/2019, paid by City of Phoenix | | 939.00 | 189.00 | 871201 |
| 01/17/2019 | late | late fees thru 1/17/2019 | 170.00 | | 359.00 | 985556 |
| 01/17/2019 | | chk# ██ | | 359.00 | 0.00 | 871377 |
| 02/01/2019 | rent | Tenant Rent (02/2019) | 579.00 | | 579.00 | 989456 |
| 02/05/2019 | | chk# ██ | | 190.00 | 389.00 | 881197 |
| 02/06/2019 | | chk# ██ | | 320.00 | 69.00 | 881198 |
| 02/07/2019 | late | late fees thru 2/7/19 | 60.00 | | 129.00 | 997483 |
| 02/07/2019 | | chk# ██ | | 90.00 | 39.00 | 881244 |
| 02/07/2019 | | chk# ██ | | 40.00 | (1.00) | 881245 |
| 03/01/2019 | rent | Tenant Rent (03/2019) | 579.00 | | 578.00 | 1008293 |
| 03/01/2019 | | chk# ██ | | 500.00 | 78.00 | 895356 |
| 03/01/2019 | | chk# ██ | | 80.00 | (2.00) | 895357 |
| 04/01/2019 | rent | Tenant Rent (04/2019) | 579.00 | | 577.00 | 1017195 |
| 04/05/2019 | | chk# ██ | | 500.00 | 77.00 | 904934 |
| 04/05/2019 | | chk# ██ | | 79.00 | (2.00) | 904956 |
| 05/01/2019 | rent | Tenant Rent (05/2019) | 579.00 | | 577.00 | 1026418 |
| 05/08/2019 | | chk# ██ CHECKscan Payment | | 425.00 | 152.00 | 918441 |
| 05/14/2019 | late | May late fees | 90.00 | | 242.00 | 1037926 |
| 05/14/2019 | | chk# ██ | | 242.00 | 0.00 | 919851 |
| 06/01/2019 | rent | Tenant Rent (06/2019) | 579.00 | | 579.00 | 1040170 |
| 06/12/2019 | legal | Notice Fee | 25.00 | | 604.00 | 1051240 |
| 06/12/2019 | late | June Late Fees | 110.00 | | 714.00 | 1051241 |

000683

| Date | Type | Description | Charge | Payment | Balance | Ref# |
|---|---|---|---|---|---|---|
| 06/13/2019 | | chk# ██████ :CHECKscan Payment | | 180.00 | 34.00 | 932518 |
| 07/01/2019 | rent | Tenant Rent (07/2019) | 579.00 | | 613.00 | 1053926 |
| 07/23/2019 | | chk# ████ :CHECKscan Payment | | 280.00 | 333.00 | 946559 |
| 07/23/2019 | | chk# ██ CHECKscan Payment | | 250.00 | 83.00 | 946560 |
| 08/01/2019 | rent | Tenant Rent (08/2019) | 579.00 | | 662.00 | 1070767 |
| 08/14/2019 | late-te | late fees thru 08142018 | 90.00 | | 752.00 | 1079087 |
| 08/14/2019 | legal | 5 day notice fee | 25.00 | | 777.00 | 1079088 |
| 08/16/2019 | | chk# ████ :CHECKscan Payment | | 111.18 | 665.82 | 958432 |
| 08/16/2019 | | chk# ███ :CHECKscan Payment | | 89.00 | 576.82 | 958433 |
| 08/16/2019 | | chk# ████ :CHECKscan Payment | | 500.00 | 76.82 | 958434 |
| 09/01/2019 | rent | Tenant Rent (09/2019) | 579.00 | | 655.82 | 1083813 |
| 09/06/2019 | | chk# ████ HECKscan Payment | | 220.00 | 435.82 | 968930 |
| 09/13/2019 | | chk# ████ :CHECKscan Payment | | 200.00 | 235.82 | 970528 |
| 10/01/2019 | rent | Tenant Rent (10/2019) | 579.00 | | 814.82 | 1098965 |
| 10/04/2019 | | chk# ████ :CHECKscan Payment | | 589.00 | 225.82 | 980335 |
| 11/01/2019 | rent | Tenant Rent (11/2019) | 579.00 | | 804.82 | 1114419 |
| 11/07/2019 | late-te | 3 days late November | 70.00 | | 874.82 | 1119926 |
| 12/01/2019 | rent | Tenant Rent (12/2019) | 579.00 | | 1,453.82 | 1128003 |
| 12/04/2019 | | chk# ████ :CHECKscan Payment | | 171.00 | 1,282.82 | 1005149 |
| 12/04/2019 | | chk# ████ :CHECKscan Payment | | 409.00 | 873.82 | 1005151 |
| 12/04/2019 | | chk# 2085 :CHECKscan Payment | | 240.00 | 633.82 | 1005160 |
| 12/05/2019 | | chk# ████ :CHECKscan Payment | | 661.00 | (27.18) | 1006636 |
| 01/01/2020 | rent | Tenant Rent (01/2020) | 579.00 | | 551.82 | 1143285 |
| 01/06/2020 | | chk# ████ :CHECKscan Payment | | 80.00 | 471.82 | 1019676 |
| 01/06/2020 | | chk# ████ :CHECKscan Payment | | 500.00 | (28.18) | 1019677 |
| 02/01/2020 | rent | Tenant Rent (02/2020) | 579.00 | | 550.82 | 1151853 |
| 02/01/2020 | rent | | 171.88 | | 722.70 | 1163313 |
| 02/05/2020 | legal-te | 5 day notice Feb | 25.50 | | 748.20 | 1163308 |
| 02/15/2020 | late-te | late fee thru 2/15/20 | 150.00 | | 898.20 | 1163309 |
| 02/18/2020 | | chk# ████ :CHECKscan Payment | | 950.00 | (51.80) | 1036204 |
| 03/01/2020 | rent | Tenant Rent (03/2020) | 750.88 | | 699.08 | 1171984 |
| 03/03/2020 | | chk# ████ CHECKscan Payment | | 749.00 | (49.92) | 1043613 |
| 03/03/2020 | | chk# ████ CHECKscan Payment | | 11.00 | (60.92) | 1043614 |
| 04/01/2020 | rent | Tenant Rent (04/2020) | 750.88 | | 689.96 | 1180566 |
| 04/06/2020 | | chk# ████ CHECKscan Payment | | 350.00 | 339.96 | 1059463 |
| 04/14/2020 | | chk# ████ CHECKscan Payment | | 390.00 | (50.04) | 1061499 |
| 05/01/2020 | rent | Tenant Rent (05/2020) | 750.88 | | 700.84 | 1198319 |
| 05/05/2020 | | chk# ████ :CHECKscan Payment | | 500.00 | 200.84 | 1071803 |
| 05/05/2020 | | chk# ████ :CHECKscan Payment | | 251.00 | (50.16) | 1071804 |
| 06/01/2020 | rent | Tenant Rent (06/2020) | 750.88 | | 700.72 | 1210421 |
| 06/11/2020 | | chk# ████ :CHECKscan Payment | | 500.00 | 200.72 | 1085414 |
| 06/11/2020 | | chk# ████ :CHECKscan Payment | | 252.00 | (51.28) | 1085415 |
| 07/01/2020 | rent | Tenant Rent (07/2020) | 750.88 | | 699.60 | 1224081 |
| 07/21/2020 | | chk# ████ :CHECKscan Payment | | 750.00 | (50.40) | 1098011 |
| 07/21/2020 | | chk# ████ :CHECKscan Payment | | 1.00 | (51.40) | 1098012 |

000684

| Date | Type | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 08/01/2020 | rent | Tenant Rent (08/2020) Will be paying full rent 8/13/20 | 750.88 | | 699.48 | 1237983 |
| 08/18/2020 | | chk# 4▮▮▮ :CHECKscan Payment | | 749.00 | (49.52) | 1109915 |
| 08/18/2020 | | chk# 4▮▮▮ :CHECKscan Payment | | 111.00 | (160.52) | 1109916 |
| 09/01/2020 | rent | Tenant Rent (09/2020) | 750.88 | | 590.36 | 1248868 |
| 09/01/2020 | | chk#▮▮▮ CHECKscan Payment | | 250.00 | 340.36 | 1116202 |
| 09/01/2020 | | chk#▮▮▮ CHECKscan Payment | | 500.00 | (159.64) | 1116203 |
| 10/01/2020 | rent | Tenant Rent (10/2020) PTP 10/21/2020 | 750.88 | | 591.24 | 1260563 |
| 10/13/2020 | | chk#▮▮▮ HECKscan Payment | | 380.00 | 211.24 | 1134000 |
| 10/20/2020 | | chk#▮▮▮ CHECKscan Payment | | 72.00 | 139.24 | 1134354 |
| 10/20/2020 | | chk#▮▮▮ CHECKscan Payment | | 300.00 | (160.76) | 1134356 |
| 11/01/2020 | rent | Tenant Rent (11/2020) | 750.88 | | 590.12 | 1275504 |
| 11/05/2020 | | chk#▮▮▮ CHECKscan Payment | | 500.00 | 90.12 | 1143446 |
| 11/05/2020 | | chk#▮▮▮ CHECKscan Payment | | 261.00 | (170.88) | 1143447 |
| 12/01/2020 | rent | Tenant Rent (12/2020) | 750.88 | | 580.00 | 1290814 |
| 12/08/2020 | | chk#▮▮▮ :CHECKscan Payment | | 376.00 | 204.00 | 1156495 |
| 12/18/2020 | late | 12/2020 Late fee | 80.00 | | 284.00 | 1295215 |
| 12/18/2020 | | chk#▮▮▮ :CHECKscan Payment | | 500.00 | (216.00) | 1158088 |
| 12/18/2020 | | chk#▮▮▮ Original receipt incorrect at $125.00 | | 25.00 | (241.00) | 1161151 |
| 01/01/2021 | rent | Tenant Rent (01/2021) | 750.88 | | 509.88 | 1304380 |
| 01/08/2021 | | chk#▮▮▮ CHECKscan Payment | | 500.00 | 9.88 | 1168824 |
| 01/08/2021 | | chk#▮▮▮ CHECKscan Payment | | 250.00 | (240.12) | 1168825 |
| 02/01/2021 | rent | Tenant Rent (02/2021) | 750.88 | | 510.76 | 1320592 |
| 02/03/2021 | | chk#▮▮▮ 2 :CHECKscan Payment | | 749.00 | (238.24) | 1179030 |
| 02/03/2021 | | chk#▮▮▮ 1 :CHECKscan Payment | | 3.00 | (241.24) | 1179031 |
| 02/14/2021 | | chk#▮▮▮ CHECKscan Payment | | 5.00 | (246.24) | 1182836 |
| 03/01/2021 | rent | Tenant Rent (03/2021)030821 ptop | 750.88 | | 504.64 | 1334532 |
| 03/05/2021 | late | Late Fees | 50.00 | | 554.64 | 1337201 |
| 03/10/2021 | late | 0306-0309 | 40.00 | | 594.64 | 1338964 |
| 03/10/2021 | | chk#▮▮▮ :CHECKscan Payment | | 200.00 | 394.64 | 1195247 |
| 03/10/2021 | | chk#▮▮▮ :CHECKscan Payment | | 420.00 | (25.36) | 1195248 |
| 03/18/2021 | legal | 5-day | 50.00 | | 24.64 | 1338963 |
| 04/01/2021 | rent | Tenant Rent (04/2021) | 750.88 | | 775.52 | 1342211 |
| 04/06/2021 | | chk#▮▮▮ :CHECKscan Payment | | 290.00 | 485.52 | 1207212 |
| 04/06/2021 | | chk#▮▮▮ :CHECKscan Payment | | 500.00 | (14.48) | 1207213 |
| 05/01/2021 | rent | Tenant Rent (05/2021) | 750.88 | | 736.40 | 1361022 |
| 05/04/2021 | | chk#▮▮▮ CHECKscan Payment | | 800.00 | (63.60) | 1219616 |
| 06/01/2021 | rent | Tenant Rent (06/2021) | 750.88 | | 687.28 | 1376761 |
| 06/04/2021 | | chk#▮▮▮ :CHECKscan Payment | | 280.00 | 407.28 | 1231926 |
| 06/04/2021 | | chk#▮▮▮ :CHECKscan Payment | | 500.00 | (92.72) | 1231936 |
| 06/15/2021 | rent | rent adj to match last lease | 81.36 | | (11.36) | 1382982 |
| 07/01/2021 | rent | Tenant Rent (07/2021) | 778.00 | | 766.64 | 1394232 |
| 07/06/2021 | | chk#▮▮▮ CHECKscan Payment | | 500.00 | 266.64 | 1244871 |
| 07/06/2021 | | chk#▮▮▮ CHECKscan Payment | | 293.00 | (26.36) | 1244872 |
| 08/01/2021 | rent | Tenant Rent (08/2021) | 778.00 | | 751.64 | 1407716 |

000685

| Date | Type | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 08/05/2021 | | chk# ██████ Credit Card On-Line Payment ; Mobile W██ - Resident Services | | 751.64 | 0.00 | 1256764 |
| 09/01/2021 | rent | Tenant Rent (09/2021) | 778.00 | | 778.00 | 1416801 |
| 09/08/2021 | | chk# ██████ Credit Card On-Line Payment ; Mobile Web - Resident Services | | 400.00 | 378.00 | 1270264 |
| 10/01/2021 | rent | Tenant Rent (10/2021) | 778.00 | | 1,156.00 | 1437061 |
| 10/05/2021 | | chk# ██████ Credit Card On-Line Payment ; Mobile Web - Resident Services | | 1,156.00 | 0.00 | 1280458 |
| 11/01/2021 | rent | Tenant Rent (11/2021) | 778.00 | | 778.00 | 1455411 |
| 11/01/2021 | | chk# ██████ Credit Card On-Line Payment ; Mobile Web - Resident Services | | 400.00 | 378.00 | 1289100 |
| 11/05/2021 | | chk# ██████ Credit Card On-Line Payment ; Mobile Web - Resident Services | | 378.00 | 0.00 | 1294797 |
| 12/01/2021 | rent | Tenant Rent (12/2021) | 778.00 | | 778.00 | 1467800 |
| 12/01/2021 | | chk# ██████ Credit Card On-Line Payment ; Mobile Web - Resident Services | | 778.00 | 0.00 | 1302050 |
| 01/01/2022 | rent | Tenant Rent (01/2022) | 778.00 | | 778.00 | 1481958 |
| 01/07/2022 | | chk# ██████ Credit Card On-Line Payment ; Mobile Web - Resident Services | | 778.00 | 0.00 | 1318663 |
| 01/07/2022 | | chk# ██████ Credit Card On-Line Payment ; Mobile Web - Resident Services | | 60.00 | (60.00) | 1318664 |
| 02/01/2022 | rent | Tenant Rent (02/2022) | 778.00 | | 718.00 | 1498171 |
| 02/01/2022 | | chk# ██████ Credit Card On-Line Payment ; Mobile Web - Resident Services | | 518.00 | 200.00 | 1326490 |
| 02/09/2022 | | chk# ██████ Credit Card On-Line Payment ; Mobile Web - Resident Services | | 200.00 | 0.00 | 1332544 |
| 02/28/2022 | deposit | :Security Deposit credit | (300.00) | | (300.00) | 1517906 |
| 02/28/2022 | cleaning | Clean-Excessive dirt | 100.00 | | (200.00) | 1517907 |
| 02/28/2022 | damages | Replace Cabinets | 100.00 | | (100.00) | 1517908 |
| 02/28/2022 | damages | Replace Carpet | 100.00 | | 0.00 | 1517909 |

000686

# Ex. L



00957



**AMMO AZ**

Thank you for shopping with us!

3/12/2022 11:24:53 AM

| | |
|---|---|
| 1 Qty 818513003612 @45.00 | |
| FN America, 5.7mmX28mm V-Max 40 | 45.00 |
| GR, 50 Rounds In Box | |
| 1 Qty 736676164097 @650.00 | 650.00 |
| RUGER 57 | |
| S/N: 643-73902 | |
| 1 Qty 736676032877 @299.00 | 299.00 |
| RUGER EC9S | |
| S/N: 461-70089 | |
| 1 Qty 706397950750 @450.00 | 450.00 |
| Springfield XD-S MOD2 | |
| S/N: BA567325 | 1444.00 |

Subtotal

Tax                            124.19

**Total**                   **1568.19**

Cash                        1600.00

Change                        31.81

Loyal Customer: Shawntavia Maloney
Customer Phone: ▓▓▓▓▓8215
Your Cashier Today was Faith G.
AAZ-POS2
Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
Phone: (602) 331-4700
Email: bmurphy@ammoaz.com
Visit us at: AmmoAZ.com

---

**AMMO AZ**

Thank you for shopping with us!

3/12/2022 11:09:42 AM

| | |
|---|---|
| 1 Qty 764503044076 @539.00 | 539.00 |
| GLOCK G27 | |
| S/N: BWEM442 | |
| 1 Qty 736676164011 @609.00 | 609.00 |
| RUGER 57 | |
| S/N: 643-33753 | |
| 1 Qty 798681599479 @499.00 | 499.00 |
| SIG SAUER P365 | |
| S/N: 66F024932 | |
| 1 Qty 706397935795 @450.00 | 450.00 |
| Springfield XD-S MOD2 | |
| S/N: BA678958 | 2097.00 |

Subtotal

Tax                            180.36

**Total**                   **2277.36**

Cash                        2300.00

Change                        22.64

Loyal Customer: Jamila Thompson
Customer Phone: ▓▓▓▓▓8211
Your Cashier Today was Jason H.
AAZ-POS4
Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
Phone: (602) 331-4700
Email: bmurphy@ammoaz.com
Visit us at: AmmoAZ.com

---

**AMMO AZ**

3/9/2022 10:03:25 AM

1 Qty 818778021840 @30.00
AMMO INC .380ACP 100GR TMC
1 Qty 818778021857 @30.00
AMMO INC .38SPL TMC 125GR 50RD
1 Qty 818778021536 @30.00
AMMO INC .40S&W 180GR TMC 50
1 Qty USDGLX273 @450.00
GLOCK G27
S/N: NNH516
1 Qty 798681599479 @499.00
SIG SAUER P365
S/N: 668935854
1 Qty 725327936008 @349.00
TAURUS GX4
S/N: 1GA43014

Subtotal

Tax

**Total**

Cash

Change

Loyal Customer:
Customer Phone:
Your Cashier To...
AAZ...
2005 W Deer Va...

---

Thank...

2 Qty 818...
FN America...
GR, 50 Rou...

1 Qty T...
GLOCK G2...
S/N: AA...

00975



SPORTSMAN'S WHSE PHOENIX
19205 N 27TH AVENUE
PHOENIX, AZ 85027
623-516-1400

Customer Name:        SHAWNTAVIA MALONEY
Customer Id:          0117-5080107

1690561  SA HELLCAT 9MM OSP      579.99   T
Serial#:
BA659553
1703564  FN FIVE-SVN 5.7X28     1199.99   T
Serial#:
386417606

SUBTOTAL                         1779.98
Sales Tax @ 8.600%                153.08
TOTAL                            1933.06
CASH                             2000.00
CHANGE                             66.94

Tran Code: 04L 1E7F 001 00BE

*04L1E7F00100BE*

AMERCADO                          1 # 11
Register: REG1    Mar 12 2022 10:43 AM

Thank you for shopping at
SPORTSMANS WAREHOUSE!

PLEASE NOTE:
We have updated our return policy,
which is available at
www.sportsmans.com/returns
This updated policy replaces the policy
printed on the back of this receipt.

Did you get
5 points per
$1 spent today?

---

SPORTSMAN'S WHSE PHOENIX
19205 N 27TH AVENUE
PHOENIX, AZ 85027
623-516-1400

Customer Name:        SHAWNTAVIA MALONEY
Customer Id:          0117-5080107

1353141  CCI BLAZER BRS 9MM      17.99   T
1353141  CCI BLAZER BRS 9MM      17.99   T
1308675  FED AE 5.7X28MM 40G     44.99   T

SUBTOTAL                          80.97
Sales Tax @ 8.600%                 6.96
TOTAL                             87.93
CASH                             100.00
CHANGE                            12.07

Tran Code: 04L 1E7F 001 00CF

*04L1E7F00100CF*

AMERCADO                          1 # 12
Register: REG1    Mar 12 2022 10:46 AM

Thank you for shopping at
SPORTSMANS WAREHOUSE!

PLEASE NOTE:
We have updated our return policy,

---

AMMO AZ

3/22/2022

2 Qty 810513003612 @45.00
FN America, 5.7mmx28mm V-Max
GR, 50 Rounds In Box

1 Qty 764503001277 @4
GLOCK G27
S/N: AGCE900

1 Qty USDGLK273 @450.00
GLOCK G27
S/N: FPT658

1 Qty 736676164011 @60
RUGER 57
S/N: 643-35900

1 Qty 736676164097 @650
RUGER 57
S/N: 643-72737

1 Qty 736676032853 @299
RUGER EC9S
S/N: 461-66566

1 Qty 706397929466 @499
Springfield HELLCAT
S/N: BB177087

Subtotal
Tax
Total

Cash

Change

Loyal Customer:
Customer Phone
Your Cashier

005 W Deer
Pho
Phone
Email:
Visit



## AMMO AZ

Thank you for shopping with us!

3/22/2022 10:56:55 AM

| | |
|---|---|
| 2 Qty 818513003612 @45.00 | |
| FN America, 5.7mmX28mm V-Max 40 | |
| GR, 50 Rounds In Box | 90.00 |
| 1 Qty 764503001277 @499.00 | 499.00 |
| GLOCK G27 | |
| S/N: AGCE900 | |
| 1 Qty USDGLK273 @450.00 | 450.00 |
| GLOCK G27 | |
| S/N: FPT658 | |
| 1 Qty 736676164011 @609.00 | 609.00 |
| RUGER 57 | |
| S/N: 643-35900 | |
| 1 Qty 736676164097 @650.00 | 650.00 |
| RUGER 57 | |
| S/N: 643-72737 | |
| 1 Qty 736676032853 @299.00 | 299.00 |
| RUGER EC9S | |
| S/N: 461-66566 | |
| 1 Qty 706397929466 @499.00 | 499.00 |
| Springfield HELLCAT | |
| S/N: EB177087 | |
| Subtotal | 3096.00 |
| Tax | 266.28 |
| **Total** | **3362.28** |
| | 3400.00 |
| Cash | |
| Change | 37.72 |

Loyal Customer: Shawntavia Maloney
Customer Phone: (___) ___-215
Your Cashier Today was Jason H.
AAZ-POS4
Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
(602) 331-4700
Email: bmurphy@ammoaz.com
Visit us at: AmmoAZ.com

---

## TOMBSTONE TACTICAL

Tombstone Tactical
PHOENIX
10011 N Metro Pkwy E
Phoenix AZ 85051
480-585-0878
www.tombstonetactical.com

- - - - - - - - - - - - - - - - - - -

03/12/2022 12:30 pm
Sale Id: POS 109691
4473
Register Name: Reg 4

- - - - - - - - - - - - - - - - - - -

Invoice to:

Customer: SHAWNTAVIA MALONEY
Address : 4150 N 9TH STREET APT 209
PHOENIX ARIZONA, 85014
Phone Number : ___-___-8215
E-Mail :
SHAWNTAVIAMALONEY_____

- - - - - - - - - - - - - - - - - - -

| Item Name Price | Qty. | Total |
|---|---|---|
| Sringfield Hellcat OSP 9mm 3" w/ NOTEBook, 3 -15rd Mags Serial #'s: BA755737 $499.98 | 1 | $499.98 |

| | |
|---|---|
| Sub Total | $499.98 |
| 8.600% Sales Tax | $43.00 |
| Total | $542.98 |
| Number of items sold | 1 |
| Cash | $600.00 |

03/12/2022
12:30 pm

Change Due $57.02

Firearms, Ammunition, and Optic sales are final. No returns. Other items are returnable in new, unopened condition within 30 days of purchase with original receipt.

---

## AMMO AZ

Thank you for shopping with us!

9/10/2021 12:15:34 PM

| | |
|---|---|
| 1 Qty 762188___ ___ | |
| Federal AE327A Standard 327 Federal Mag Jacketed Soft Point 85 GR 50Box | 45.00 |
| 1 Qty 764503910616 @399.00 | 399.00 |
| GLOCK G42 | |
| S/N: AGAX142 | |
| 1 Qty 736676054527 @599.00 | 599.00 |
| RUGER LCR | |
| S/N: 545-48600 | |
| 1 Qty 022188630701 @465.00 | 465.00 |
| SMITH & WESSON M638 | |
| S/N: DPJ3822 | |
| 1 Qty 706397932114 @675.00 | 675.00 |
| Springfield HELLCAT | |
| S/N: BA516940 | |
| 1 Qty 725327935988 @349.00 | 349.00 |
| TAURUS GX4 | |
| S/N: 1GA13428 | |
| 1 Qty 725327935988 @349.00 | 349.00 |
| TAURUS GX4 | |
| S/N: 1GA13632 | |
| Subtotal | 2973.25 |
| Tax | 255.73 |
| **Total** | **3228.98** |
| | 3300.00 |
| Cash | |
| Change | 71.02 |

Loyal Customer: miles kooton
Customer Phone: (___) ___-____
Your Cashier Today was Jason H.
AAZ-POS4
Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
PHONE: (602) 331-4700
Visit us at: AmmoAZ.com

00977



00978



**AMMO AZ**

Thank you for shopping with us!

3/8/2022 12:06:56 PM

| | | |
|---|---|---|
| 1 Qty 818513003612 @45.00<br>FN America, 5.7mmX28mm V-Max 40<br>GR, 50 Rounds In Box | | 45.00 |
| 1 Qty 845737013547 @1099.00<br>FN USA FIVE SEVEN<br>S/N: 386418916 | | 1099.00 |
| 1 Qty 736676132003 @275.00<br>RUGER EC9S<br>S/N: 461-62106 | | 275.00 |
| 1 Qty 736676137169 @345.00<br>RUGER LCP MAX<br>S/N: 381356997 | | 345.00 |
| 1 Qty 725327936008 @349.00<br>TAURUS GX4<br>S/N: 1GA43040 | | 349.00 |

Subtotal 2113.00
Tax 181.73
**Total 2294.73**

Cash 2300.00
Change 5.27

Loyal Customer: Shawntavia Maloney
Customer Phone: ███████8215
Your Cashier Today was Ryan G.
AAZ-POS4
Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
Phone: (602) 331-4700
Email: bmurphy@ammoaz.com
Visit us at: AmmoAZ.com

---

**AMMO AZ**

Thank you for shopping with us!

12/7/2022 12:06:04 PM

| | | |
|---|---|---|
| 1 Qty 818513003612 @45.00<br>FN America, 5.7mmX28mm V-Max 40<br>GR, 50 Rounds In Box | | 45.00 |
| 1 Qty 736676184092 @650.00<br>RUGER 57<br>S/N: 643-73382 | | 650.00 |
| 1 Qty 368681572762 @499.00<br>SIG SAUER P365<br>S/N: 66B981986 | | 499.00 |
| 1 Qty 706397926045 @385.00<br>Springfield XD9<br>S/N: BA652582 | | 385.00 |
| 1 Qty 725327936008 @349.00<br>AURUS GX4<br>S/N: 1GA45788 | | 349.00 |
| 1 Qty 725327935513 @350.00<br>TAURUS GX4<br>S/N: 1GA60753 | | 350.00 |

Subtotal 2278.00
Tax 195.92
**Total 2473.92**

Cash 2500.00
Change 26.08

Loyal Customer: Shawntavia Maloney
Customer Phone: ███████8215
Your Cashier Today was Jason H.
AAZ-POS4
Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
Phone: (602) 331-4700
Email: bmurphy@ammoaz.com
Visit us at: AmmoAZ.com

---

11 N Metro Pkwy E
enix, AZ 85051
585-0918
tombstonetactical.com

**Sales Receipt**

03/12/2022 12:45 pm
Sale Id: POS 109701
Register Name: Reg 4

to:
r: SHAWNTAVIA MALONEY
: 4150 N 9TH ST APT 209
IX ARIZONA, 85014
Number : (602) 817-8215

TAVIAMALONEY@GMAIL.COM

| ne | | |
|---|---|---|
| ce | Qty. | Total |
| Ammunition (RUAG) 299740020<br>nse 9mm Luger 108 Gr<br>c Hollow Point (MHP) 20 Bx/ 32 | | |
| munition (RUAG) 299740020<br>e 9mm Luger 108 Gr Monolithic<br>(MHP) 20 Bx/ 32 Cs | 1 | $21.99 |

Sub Total $21.99
Sales Tax $1.89
Total $23.88
items sold 1
Cash $100.00

ange Due $76.12

ion, and Optic sales are
ther items are returnable
condition within 30 days
ith original receipt.

09701

---

PHOENIX AZ, 850144773
Phone Number : (602) 817-8215

Item Name

| | Qty | Total |
|---|---|---|
| FN Herstal 5.7x28mm 27 Grain L<br>Jacketed Hollow Point 50Rd Box<br>SS195LF | | |
| 5.7x28mm SS195LF Lead Free Ca<br>$49.95 | | |
| Smith & Wesson 442 Centennial<br>Airweight Revolver .38 Special 1.875i<br>5rd Blued No Internal Lock<br>Serial #'s: DPU7598<br>$476.99 | | $47 |
| Ruger 57 Pistol 5.7x28mm 4.94ie 20rd<br>Black<br>Serial #'s: 643-59378<br>$649.99 | 1 | $649. |
| Springfield Hellcat OSp 9mm 3" W/<br>NOTEBOOK, 3 -15rd Mags<br>Serial #'s: BA755775<br>$499.98 | 1 | $499. |

Sub Total $499.98
8.600% Sales Tax $1,676.91
Total $144.21
Number of items sold 4
03/08/2022 Cash $1,821.12
02:34 pm $1,900.00
Change Due $78.88

Firearms, Ammunition, and Optic sales are
final. No returns. Other items are returnable
in new, unopened condition within 30 days
of purchase with original receipt.

POS 108594

4473 Id 33504

Signature

---

**AMMO AZ**

Thank you for shopping with us!

---

**AMMO AZ**

Thank you for shopping with us!

9/10/2021 12:15:34 PM

**00979**



**TOMBSTONE TACTICAL**

Tombstone Tactical
PHOENIX
10011 N Metro Pkwy E
Phoenix, AZ 85051
480-585-0878
www.tombstonetactical.com

- - - - - - - - - - - - - - - -
03/12/2022 12:30 pm
Sale Id: POS 109691
4473
Register Name: Reg 4
- - - - - - - - - - - - - - - -

Invoice to:

Customer: SHAWNTAVIA MALONEY

Address: 4150 N 9TH STREET APT 209

PHOENIX ARIZONA 85014

Phone Number : ████████8215

E-Mail :
SHAWNTAVIAMALONEY██████████

| Item Name Price | Qty. | Total |
|---|---|---|
| Sringfield Hellcat OSP 9mm 3" W/ NOTEBOOK, 3 -15rd Mags | | $499.98 |
| Serial #'s: BA755737 | 1 | |
| $499.98 | | |

| | |
|---|---|
| Sub Total | $499.98 |
| 8.600% Sales Tax | $43.00 |
| Total | $542.98 |
| Number of items sold | 1 |
| Cash | $600.00 |
| 03/12/2022 | |
| 12:30 pm | |
| Change Due | $57.02 |

Firearms, Ammunition, and Optic sales are final. No returns. Other items are returnable in new, unopened condition within 30 days of purchase with original receipt.

POS 109691

---

## AMMO AZ

Thank you for shopping with us!

10/11/2021 1:47:55 PM

| | | |
|---|---|---|
| 1 Qty 815██████ @30.00 AMMO INC .380ACAL 100GR TMC 2.85-182/80g/5.80 80% .75 | | 30.00 |
| 1 Qty 029465061555 @45.00 Federal AE327A Standard 327 Fe deral Mag Jacketed Soft Point 85 GR 50Box | | 45.00 |
| 1 Qty 764503910616 @399.00 GLOCK G42 S/N: AGAX142 | | 399.00 |
| 1 Qty 736676054527 @599.00 RUGER LCR S/N: 545-48600 | | 599.00 |
| 1 Qty 022188630701 @465.00 SMITH & WESSON M638 S/N: DPJ3822 | | 465.00 |
| 1 Qty 706397932114 @675.00 Springfield HELLCAT S/N: BA516940 | | 675.00 |
| 1 Qty 725327935988 @349.00 TAURUS GX4 S/N: 1GA13428 | | 349.00 |
| 1 Qty 725327935988 @349.00 TAURUS GX4 S/N: 1GA13632 | | 349.00 |
| Subtotal | | 2973.25 |
| Tax | | 255.73 |
| **Total** | | **3228.98** |
| Cash | | 3300.00 |
| Change | | 71.02 |

Loyal Customer: miles keeton

Customer Phone: █████
Your Cashier Today was Jason H.
AAZ-POS4
Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
PHONE: (602) 331-4700

Visit us at: AmmoAZ.com

---

## AMMO AZ

Thank you for shopping with us!

9/10/2021 12:15:34 PM

| | | |
|---|---|---|
| 1 Qty 764503502170 @499.00 GLOCK G17 S/N: BSVT692 | | 499.00 |
| 1 Qty 764503502170 @499.00 GLOCK G17 S/N: BSVT694 | | 499.00 |
| 1 Qty 764503502231 @499.00 GLOCK G23 S/N: BUCV236 | | 499.00 |
| 2 Qty 754908500239 @30.00 S&B .40 FMJ 50RDS | | 60.00 |
| 1 Qty 725327935988 @349.00 TAURUS GX4 S/N: 1GA13282 | | 349.00 |
| 1 Qty 725327935988 @349.00 TAURUS GX4 S/N: 1GA13495 | | 349.00 |
| Subtotal | | 2255.00 |
| Tax | | 193.96 |
| **Total** | | **2448.96** |
| Cash | | 2500.00 |
| Change | | 51.04 |

Loyal Customer: miles keeton

DESKTOP-ASA████
Store #1
2005 W Deer Valley Rd Suite #103
Phoenix, AZ 85027
Phone: (602) 331-4700

AmmoAZ.com

**00980**