TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Arizona State Bar No. 016742
DIAMOND ZAMBRANO
Arizona State Bar No. 036390
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
E-Mail: jacqueline.Schesnol@usdoj.gov
E-Mail: diamond.zambrano@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    vs.<br><br>Shawntavia Maloney,<br><br>                Defendant. | CR-24-00101-003-PHX-SMB<br><br>**UNITED STATES' RESTITUTION<br>MEMORANDUM** |

The United States respectfully submits this restitution memorandum to frame the issues in advance of the restitution hearing scheduled for Monday, March 23, 2026.

**I.      Background**

    A.  The Small Business Administration

The United States Small Business Administration ("SBA") is an executive-branch agency of the United States government that provides support to entrepreneurs and small businesses.  The mission of the SBA is to maintain and strengthen the nation's economy by enabling the establishment and viability of small businesses and by assisting in the economic recovery of communities after disasters.

    B.  The Paycheck Protection Program

The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was a federal

law enacted in or around March 2020 and designed to provide emergency financial assistance to the millions of Americans who are suffering the economic effects caused by the COVID-19 pandemic. The CARES Act appropriated $349 billion in forgivable loans to small businesses for job retention and certain other expenses, through a program referred to as the Paycheck Protection Program ("PPP"). In or around April 2020, Congress increased its appropriations to add an additional $310 billion for additional PPP funding. The Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act was enacted on December 27, 2020, to continue assistance under the PPP. Under the Economic Aid Act, the PPP was extended to provide additional funding for guaranteed SBA loans. In March 2021, the American Rescue Plan Act provided an additional $7 billion in program funding, which increased the total available PPP funding to about $813 billion.

To obtain a PPP loan, a qualifying business was required to submit a PPP loan application, which was signed by an authorized representative of the business. The PPP loan application required the business (through its authorized representative) to acknowledge the program rules and make certain affirmative certifications to be eligible to obtain the PPP loan. In the PPP loan application, the small business (through its authorized representative) was required to state, among other things, its: (a) average monthly payroll expenses; and (b) number of employees. These figures were used to calculate the amount of money the small business was eligible to receive under the PPP. In addition, businesses applying for a PPP loan were required to provide documentation showing their payroll expenses.

Among the types of businesses eligible for a PPP loan were individuals who operated under a "sole proprietorship" business structure. To be eligible to receive such a PPP loan, individuals had to report and document their income and expenses from the sole proprietorship, as typically reported to the Internal Revenue Service ("IRS") on Form 1040, Schedule C, for a given tax year. The lending institution or loan processor used this

information and documents to calculate the amount of money the individual was entitled to receive under the PPP.

A PPP loan application was required to be processed by a participating lender. If a PPP loan application was approved, the participating lender funded the PPP loan using its own monies, which were 100% guaranteed by the SBA. Data from the application, including information about the borrower, the total amount of the loan, and the listed number of employees, was transmitted by the lender to the SBA while processing the loan.

PPP loan proceeds were required to be used by the business on certain permissible expenses—payroll costs, interest on mortgages, rent, and utilities. The PPP allowed the interest and principal on the PPP loan to be entirely forgiven if the business spent the loan proceeds on these expense items within a designated period after receiving the proceeds and used a certain amount of the PPP loan proceeds on payroll expenses.

## II. PPP Loans Obtained by Maloney

In April and May 2021, Defendant Maloney obtained three PPP loans:

| Loan Number (last four digits) | Company | Bank | Date Approved | Amount of Loan | Date Forgiven | Amount Forgiven |
|---|---|---|---|---|---|---|
| 8809 | Zola's Products | Benworth Capital Partners LLC | April 9, 2021 | $9,184 | August 25, 2021 | $9,218 |
| 9007 | Zola's Products | Benworth Capital Partners LLC | May 18, 2021 | $9,184 | September 29, 2021 | $9, 217 |
| 8907 | Zams Photography | Harvest Small Business Finance, LLC | April 27, 2021 | $10,278 | September 1, 2021 | $10,313 |
| TOTAL | | | | $28,646 | | $28,748 |

Defendant Maloney obtained these loans by making materially false statements and representations to the SBA. In her plea agreement, Defendant Maloney admitted to the fraudulent loans obtained from Benworth Capitol (loan ending in 8809 obtained on April 9, 2021) in the amount of $9,184 and Harvest Bank (loan ending in 8907 obtained on April 27, 2021) in the amount of $10,278, for a total of $19,462. (Doc. 131.) Therefore, there is no issue for this Court to resolve with regards to Defendant Maloney owing a minimum restitution amount of $19,462.

The only two issues this Court needs to resolve is (1) whether Defendant Maloney also owes additional restitution of $9,184 for the loan from Benworth Capitol (loan ending in 9007 obtained on May 18, 2021) in the amount of $9,184. At the restitution hearing, the United States will introduce exhibits through a witness in support of the additional restitution amount, (2) whether Defendant Maloney repaid any of the loans or were the loans forgiven.

It is the United States assertion, which will be proven at the restitution hearing, that Defendant Maloney received loans in the total amount of $28,646, and those loans were forgiven. Therefore, Defendant Maloney owes restitution in the amount of $28,646.

Respectfully submitted this 20th day of March, 2026.

TIMOTHY COURCHAINE
United States Attorney

*s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
DIAMOND ZAMBRANO
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Phillip Seplow
Attorney for Defendant Shawntavia Maloney


*s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant U.S. Attorney